FILED
CLERK, U.S. DISTRICT COURT
9/24/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___asi___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

March 2025 Grand Jury

| UNITED STATES OF AMERICA, | ED CR No. 5:25-cr-00310-KK |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 111(a)(1), (b): Assault on Federal Officer with a Deadly and Dangerous Weapon] |
| JOSEPH BLANDON-SAAVEDRA, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 111(a)(1), (b)]

On or about September 4, 2025, in San Bernardino County, within the Central District of California, defendant JOSEPH BLANDON-SAAVEDRA intentionally and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with victim M.P., an employee of the Department of Homeland Security, United States Immigration and Customs Enforcement, while M.P. was engaged in, and on account of, the performance of M.P.'s official duties, and in doing so made physical contact with M.P., and used a deadly and dangerous weapon, namely, a car.

COUNT TWO

[18 U.S.C. § 111(a)(1), (b)]

On or about September 4, 2025, in San Bernardino County, within the Central District of California, defendant JOSEPH BLANDON-SAAVEDRA intentionally and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with victim B.T., an employee of the Department of Homeland Security, United States Immigration and Customs Enforcement, while B.T. was engaged in, and on account of, the performance of B.T.'s official duties, and in doing so made physical contact with B.T, and used a deadly and dangerous weapon, namely, a car.

A TRUE BILL

/S/
Foreperson

BILAL A. ESSAYLI
Acting United States Attorney

*[signature]*

JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division

COREY L. BURLESON
Assistant United States Attorney
Acting Chief, Riverside Office

COURTNEY N. WILLIAMS
Assistant United States Attorney
Riverside Office