# EXHIBIT A

# U.S. v. JOSEPH BLANDON-SAAVEDRA

# CASE NO. 5:25-cr-00310-KK-1

# DEFENDANT'S EXPEDITED MOTION FOR RELEASE FROM IMMIGRATION CUSTODY OR DISMISSAL OF THE INDICTMENT



# Instructions for Notice of Entry of Appearance as Attorney or Accredited Representative

**Department of Homeland Security**

DHS
Form G-28
OMB No. 1615-0105
Expires 05/31/2021

## What Is the Purpose of Form G-28?

This form is used to establish the eligibility of an attorney or accredited representative to represent a client (applicant, petitioner, requestor, beneficiary or derivative, or respondent) in an immigration matter before U.S. Department of Homeland Security (DHS). An attorney or accredited representative appearing before DHS must file Form G-28 in each case. U.S. Citizenship and Immigration Services (USCIS), U.S. Customs and Border Protection (CBP), and U.S. Immigration and Customs Enforcement (ICE) will only recognize a properly completed Form G-28 that was signed by the attorney or accredited representative and the client.

USCIS, CBP, and ICE will recognize Form G-28 until the conclusion of the matter for which it is entered, unless otherwise notified. You must file a new Form G-28 with the Administrative Appeals Office if you are filing Form I-290B, Notice of Appeal or Motion.

**NOTE:** For matters before the Board of Immigration Appeals (BIA), use Form EOIR-27 instead of Form G-28.

## Who May Use Form G-28?

**Attorneys and Accredited Representatives**

This form is used only by attorneys and accredited representatives as defined in 8 CFR parts 1.2 and 1292.

If you are an attorney or accredited representative appearing in person at a DHS office for a limited purpose, such as appearing for an interview, and at the request of an attorney or accredited representative who previously filed Form G-28 in the same case, you must complete and submit Form G-28 in person at a DHS office.

**NOTE:** The original attorney or accredited representative of record will remain the attorney or accredited representative of record in this situation. Any notices and communications USCIS sends following the interview will continue to be sent to the original attorney or accredited representative of record.

In accordance with 8 CFR 292.4(a), when you act in a representative capacity, your personal appearance or signature will constitute a representation under 8 CFR parts 103.2(a)(3) and 292.1(a)(1) or part 1292 that you are authorized and qualified to represent the individual or entity. DHS may require further proof of authority to act in a representative capacity.

**Law Students and Law Graduates**

A law student or law graduate who is working under the direct supervision of an attorney or accredited representative under 8 CFR 292.1(a)(2) must complete **Part 2.**, **Item Numbers 4.a.** and **4.b.,** on the same Form G-28 filed by the supervising attorney or accredited representative. The law student or law graduate must sign the same Form G-28 in **Part 5.**, **Item Numbers 2.a - 2.b.** DHS may require law students and law graduates verify they are eligible under 8 CFR 292.1(a)(2). The appearance of a law student or law graduate requires the permission of the DHS official before whom he or she wishes to appear. The DHS official may require the law student or law graduate be accompanied by the supervising attorney or accredited representative.

**Foreign Attorneys**

Attorneys not licensed to practice law in the United States must use Form G-28I, Notice of Entry of Appearance as Attorney In Matters Outside the Geographical Confines of the United States. Such attorneys may only represent individuals in matters filed and adjudicated in DHS offices outside the United States. DHS has sole discretion to permit such representation.

**Other Representatives**

Individuals seeking to appear as reputable individuals may not use Form G-28.  They must obtain permission from DHS to appear on behalf of an applicant, petitioner, requestor, beneficiary or derivative, or respondent.  DHS will require the individual establishes he or she meets the definition of a reputable individual at 8 CFR 292.1(a)(3).

## General Instructions

USCIS provides forms free of charge through the USCIS website.  In order to view, print, or fill out our forms, you should use the latest version of Adobe Reader, which you can download for free at **http://get.adobe.com/reader/**.  If you do not have Internet access, you may call the USCIS National Customer Service Center at **1-800-375-5283** and ask that we mail a form to you.  For TTY (deaf or hard of hearing) call:  **1-800-767-1833**.

**Signature.**  Each Form G-28 must be properly signed and filed.  For all signatures on this form, USCIS will not accept a stamped or typewritten name in place of a signature.

**Validity of Signatures.**  For Form G-28, USCIS will consider a photocopied, faxed, or scanned copy of the original handwritten signature valid for filing purposes.  The photocopy, fax, or scan must be of the original document containing the handwritten, ink signature.

**How To Fill Out Form G-28**

1. Type or print legibly in black ink.
2. If you need extra space to complete any item within this form, use the space provided in **Part 6. Additional Information** or attach a separate sheet of paper.  Type or print your name at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.
3. Answer all questions fully and accurately.

## Specific Instructions

**Part 1.  Information About Attorney or Accredited Representative**

**Item Number 1.  USCIS Online Account Number** (if any)**.**  If you (the attorney or accredited representative) have previously filed an application or petition using the USCIS online filing system (previously called USCIS Electronic Immigration System (USCIS ELIS)), provide the USCIS Online Account Number you were issued by the system.  You can find your USCIS Online Account Number by logging in to your account and going to the profile page.  If you previously filed certain applications or petitions on a paper form through a USCIS Lockbox facility, you may have received a USCIS Online Account Access Notice issuing you a USCIS Online Account Number.  You may find your USCIS Online Account Number at the top of the notice.  The USCIS Online Account Number is not the same as an Alien Registration Number (A-Number).  If you were issued a USCIS Online Account Number, enter it in the space provided.

**Item Numbers 2.a. - 7.  Attorney or Accredited Representative Information.**  Provide the full name, mailing address, and contact information of the attorney or accredited representative

**Part 2. Eligibility Information for Attorney or Accredited Representative**

**Item Numbers 1.a. - 1.d. Eligibility Information.** If you are an attorney admitted to practice in the United States, as defined in 8 CFR 1.2, you must select **Item Number 1.a.** and provide the required information regarding the licensing authority for all states, possessions, territories, commonwealths, or the District of Columbia, where you are admitted. Attorneys must provide the bar numbers, if applicable, for all jurisdictions in which they are admitted to practice in **Item Number 1.b.** If you are subject to any order suspending, enjoining, restraining, disbarring, or otherwise restricting you in the practice of law, you must select **Item Number 1.c.** and disclose this information using the space provided in **Part 6. Additional Information**. Attorneys are required to notify DHS of convictions or discipline under 8 CFR 292.3. You must also provide the name of your law firm or organization, if applicable, in **Item Number 1.d.** If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**.

**Item Numbers 2.a. - 2.c. Eligibility Information.** If you are an accredited representative of a recognized organization, as defined in 8 CFR part 1292, you must select **Item Number 2.a.** and provide the name of the organization recognized by the Department of Justice under 8 CFR part 1292 and the date of your accreditation in **Item Numbers 2.b - 2.c.**

**NOTE:** We will reject any Form G-28 submitted without the required information in **Part 2.**, **Item Numbers 1.a. - 1.d.** or **2.a. - 2.c.**

**Item Number 3. Eligibility Information.** Only complete this item if you are not the attorney or accredited representative of record, but are standing in for that person for a limited purpose. You must select the box and provide the name of the attorney or accredited representative of record in this matter. **You must submit a Form G-28 filed under these circumstances in person at a DHS office. A separate Form G-28 must be filed by each attorney or accredited representative who appears in the matter.**

**Item Numbers 4.a. - 4.b. Eligibility Information.** If you are a law student or law graduate not yet admitted to the bar, you must select **Item Number 4.a.**, enter the information in **Item Number 4.b.**, **and** sign and date in **Part 5.**, **Item Numbers 2.a. - 2.b.**, of the same Form G-28 filed by the supervising attorney or accredited representative. The appearance of law students and law graduates is subject to the requirements of 8 CFR 292.1(a)(2).

**Part 3. Notice of Appearance as Attorney or Accredited Representative**

**Item Numbers 1.a. - 3.b. Appearance before USCIS, ICE, or CBP.** Select **only one** box to indicate the DHS agency where the matter is pending. If you select the box for USCIS, list the form numbers filed with Form G-28 or the specific matter in which the appearance is entered. If you select the box for CBP or ICE, list the specific matter in which the appearance is entered.

**Item Number 4. Receipt Number.** Provide the Receipt Number for the application or petition pending with USCIS, if any.

**Item Number 5. Client Type.** Select **only one** box to indicate your appearance for the client.

**Item Numbers 6.a. - 7.b. Information About Client.** Provide the full name of the client. If the client is an entity, provide the name of the entity and the title of the entity's authorized signatory.

**Item Number 8. Client's USCIS Online Account Number** (if any). If the client has previously filed an application or petition using the USCIS online filing system (previously called USCIS Electronic Immigration System (USCIS ELIS)), provide the USCIS Online Account Number he or she was issued by the system. The client can find the USCIS Online Account Number by logging in to his or her account and going to the profile page. If the client previously filed certain applications or petitions on a paper form through a USCIS Lockbox facility, he or she may have received a USCIS Online Account Access Notice issuing a USCIS Online Account Number. He or she may find the USCIS Online Account Number at the top of the notice. The USCIS Online Account Number is not the same as an A-Number. If the client was issued a USCIS Online Account Number, enter it in the space provided.

**Item Number 9. Client's Alien Registration Number (A-Number)** (if any). Provide the Alien Registration Number (A-Number) for the client, if any.

**Item Numbers 10. - 12.  Client's Contact Information.**  Provide the daytime telephone number, the mobile telephone number, and the email address for the client, if any.

**Item Numbers 13.a. - 13.h.  Mailing Address of Client.**  Provide the mailing address of the client.  **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application or petition being filed with this Form G-28.

**Part 4.  Client's Consent to Representation and Signature**

The client's signature on this form confirms consent to representation and the release of information to the attorney or accredited representative.

**Item Numbers 1.a. - 1.c.  Options Regarding Receipt of USCIS Notices and Documents.**  The client must select **Item Numbers 1.a. - 1.c.** if he or she wants USCIS to send original notices and/or secure identity documents to the attorney or accredited representative of record.  When **Item Numbers 1.a.** and **1.b.** are selected, original notices and secure identity documents will be sent to the attorney or accredited representative of record and copies will be sent to the client.  If the client wants to receive notices containing Form I-94, Arrival-Departure Record, rather than having USCIS send these notices to the attorney or accredited representative of record, **Item Number 1.c.** must be selected.

**NOTE:  USCIS will not mail secure identity documents to a private, commercial, or business address in a foreign country.**  USCIS, however, will mail secure identity documents to a **U.S. business address** of an attorney admitted to practice law outside of the United States or to a designated Army/Air Post Office (APO), Fleet Post Office (FPO), or Diplomatic Post Office (DPO) address.  USCIS will mail notices and other correspondence to a foreign address.

**Item Numbers 2.a. - 2.b.  Signature of Client or Authorized Signatory for an Entity.**  The client **must sign and date the form in black ink**.  If the client is under 14 years of age, a parent or legal guardian may sign Form G-28 on his or her behalf.  A legal guardian may also sign for a mentally incompetent person.

**Part 5.  Signature of Attorney or Accredited Representative**

**Item Numbers 1.a. - 2.b.  Signature of Attorney or Accredited Representative.**  The attorney or accredited representative and, if applicable, law student or law graduate must sign and date the form in black ink.

**Part 6.  Additional Information**

**Item Numbers 1.a. - 6.d.**  If you need extra space to provide any additional information within this form, use the space provided in **Part 6. Additional Information**.  For example, if you need more space to provide your U.S. business address for purposes of receiving secure identity documents for your client (if your client has consented to your receipt of such documents in **Part 4.**)  If you need more space than what is provided in **Part 6.**, you may make copies of **Part 6.** to complete and file with your form, or attach a separate sheet of paper.  Type or print your name at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

---

We recommend that you print or save a copy of your completed Form G-28
to review in the future and for your records.

---

## Warning

Individuals appearing as attorneys or accredited representatives (including law students and law graduates permitted to appear under 8 CFR 292.1(a)(2)) are subject to the rules of Professional Conduct for Practitioners found in 8 CFR 292.3.

| Freedom of Information/Privacy Act Requests |
|---|

You may not use this form to request records under the Freedom of Information Act or the Privacy Act, Title 5 U.S.C. sections 552 and 552a. You may find the procedures for requesting such records in 6 CFR 5 and at **www.uscis.gov**.

| USCIS Privacy Notice |
|---|

**AUTHORITIES:** The information requested on this form is collected pursuant to 8 CFR 292.4(a).

**PURPOSE:** The primary purpose for providing the requested information on this form is to establish your eligibility to appear and act on behalf of a client. The information you provide will be used to designate you as an attorney or accredited representative.

**DISCLOSURE:** The information you provide is voluntary. However, failure to provide the requested information may prevent your ability to represent an individual or entity.

**ROUTINE USES:** The information will be used by and disclosed to DHS personnel and contractors or other agents who need the information to perform associated administrative functions. Additionally, DHS may share the information with other Federal, state, local government agencies, and authorized organizations in accordance with approved routine uses, as described in the associated published system of records notices [DHS/USCIS-001 - Alien File and National File Tracking System, DHS/USCIS-007 - Benefits Information System, DHS/USCIS-010 - Asylum Information and Pre-Screening, DHS/USCIS-005 Inter-Country Adoptions Security, DHS/USCIS-006 Fraud Detection and National Security Records, and DHS/USCIS-017 Refugee Case Processing and Security] and as described in the published privacy impact assessments [DHS/USCIS/PIA-015 Computer Linked Application Information Management (CLAIMS 4) Update, DHS/USCIS/PIA-016 Computer Linked Application Information Management (CLAIMS 3), and Associated Systems, DHS/USCIS/PIA-056 ELIS, DHS/USCIS/PIA-027(c)-USCIS Asylum Division, DHS/USCIS/PIA-003(b) Integrated Digitization Document Management Program, DHS/USCIS/PIA-007(b) Domestically Filed Intercountry Adoptions and Petitions, DHS/USCIS/PIA-013(a) Fraud Detection and National Security Data System, and DHS/USCIS/PIA-051 Case and Activity Management for International Operations] which can be found at **www.dhs.gov/privacy**. The information may also be made available, as appropriate for law enforcement purposes or in the interest of national security.

| Paperwork Reduction Act |
|---|

An agency may not conduct or sponsor an information collection, and a person is not required to respond to a collection of information, unless it displays a currently valid Office of Management and Budget (OMB) control number. The public reporting burden for this collection of information is estimated at 50 minutes per response, including the time for reviewing instructions and completing and submitting the form. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to: U.S. Citizenship and Immigration Services, Office of Policy and Strategy, Regulatory Coordination Division, 5900 Capital Gateway Drive, Mail Stop #2140, Camp Springs, MD 20588-0009; OMB No. 1615-0105. **Do not mail your completed Form G-28 to this address.**



# Notice of Entry of Appearance as Attorney or Accredited Representative

### Department of Homeland Security

**DHS Form G-28**
OMB No. 1615-0105
Expires 05/31/2021

---

### Part 1. Information About Attorney or Accredited Representative

**1.** USCIS Online Account Number (if any) ▶ [ ]

*Name of Attorney or Accredited Representative*

**2.a.** Family Name (Last Name) [ ]
**2.b.** Given Name (First Name) [ ]
**2.c.** Middle Name [ ]

*Address of Attorney or Accredited Representative*

**3.a.** Street Number and Name [ ]
**3.b.** ☐ Apt.  ☐ Ste.  ☐ Flr.  [ ]
**3.c.** City or Town [ ]
**3.d.** State [ ▼ ]   **3.e.** ZIP Code [ ]
**3.f.** Province [ ]
**3.g.** Postal Code [ ]
**3.h.** Country [ ]

*Contact Information of Attorney or Accredited Representative*

**4.** Daytime Telephone Number [ ]
**5.** Mobile Telephone Number (if any) [ ]
**6.** Email Address (if any) [ ]
**7.** Fax Number (if any) [ ]

### Part 2. Eligibility Information for Attorney or Accredited Representative

Select **all applicable** items.

**1.a.** ☐ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**.

Licensing Authority [ ]

**1.b.** Bar Number (if applicable) [ ]

**1.c.** I (select **only one** box) ☐ am not  ☐ am subject to any order suspending, enjoining, restraining, disbarring, or otherwise restricting me in the practice of law. If you are subject to any orders, use the space provided in **Part 6. Additional Information** to provide an explanation.

**1.d.** Name of Law Firm or Organization (if applicable) [ ]

**2.a.** ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States and recognized by the Department of Justice in accordance with 8 CFR part 1292.

**2.b.** Name of Recognized Organization [ ]

**2.c.** Date of Accreditation (mm/dd/yyyy) [ ]

**3.** ☐ I am associated with [ ], the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative for a limited purpose is at his or her request.

**4.a.** ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2).

**4.b.** Name of Law Student or Law Graduate [ ]

---

## Part 3. Notice of Appearance as Attorney or Accredited Representative

If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**.

This appearance relates to immigration matters before (select **only one** box):

1.a. ☐ U.S. Citizenship and Immigration Services (USCIS)

1.b. List the form numbers or specific matter in which appearance is entered.

2.a. ☐ U.S. Immigration and Customs Enforcement (ICE)

2.b. List the specific matter in which appearance is entered.

3.a. ☐ U.S. Customs and Border Protection (CBP)

3.b. List the specific matter in which appearance is entered.

4. Receipt Number (if any)
   ▶

5. I enter my appearance as an attorney or accredited representative at the request of the (select **only one** box):
   ☐ Applicant   ☐ Petitioner   ☐ Requestor
   ☐ Beneficiary/Derivative   ☐ Respondent (ICE, CBP)

### Information About Client (Applicant, Petitioner, Requestor, Beneficiary or Derivative, Respondent, or Authorized Signatory for an Entity)

6.a. Family Name (Last Name)

6.b. Given Name (First Name)

6.c. Middle Name

7.a. Name of Entity (if applicable)

7.b. Title of Authorized Signatory for Entity (if applicable)

8. Client's USCIS Online Account Number (if any)
   ▶

9. Client's Alien Registration Number (A-Number) (if any)
   ▶ A-

### Client's Contact Information

10. Daytime Telephone Number

11. Mobile Telephone Number (if any)

12. Email Address (if any)

### Mailing Address of Client

**NOTE:** Provide the client's mailing address. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application or petition being filed with this Form G-28.

13.a. Street Number and Name

13.b. ☐ Apt.   ☐ Ste.   ☐ Flr.

13.c. City or Town

13.d. State     13.e. ZIP Code

13.f. Province

13.g. Postal Code

13.h. Country

## Part 4. Client's Consent to Representation and Signature

### Consent to Representation and Release of Information

I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form. According to the Privacy Act of 1974 and U.S. Department of Homeland Security (DHS) policy, I also consent to the disclosure to the named attorney or accredited representative of any records pertaining to me that appear in any system of records of USCIS, ICE, or CBP.

| Part 4. Client's Consent to Representation and Signature (continued) | Part 5. Signature of Attorney or Accredited Representative |
|---|---|

### Options Regarding Receipt of USCIS Notices and Documents

USCIS will send notices to both a represented party (the client) and his, her, or its attorney or accredited representative either through mail or electronic delivery. USCIS will send all secure identity documents and Travel Documents to the client's U.S. mailing address.

If you want to have notices and/or secure identity documents sent to your attorney or accredited representative of record rather than to you, please select **all applicable** items below. You may change these elections through written notice to USCIS.

**1.a.** ☐ I request that USCIS send original notices on an application or petition to the business address of my attorney or accredited representative as listed in this form.

**1.b.** ☐ I request that USCIS send any secure identity document (Permanent Resident Card, Employment Authorization Document, or Travel Document) that I receive to the U.S. business address of my attorney or accredited representative (or to a designated military or diplomatic address in a foreign country (if permitted)).

**NOTE:** If your notice contains Form I-94, Arrival-Departure Record, USCIS will send the notice to the U.S. business address of your attorney or accredited representative. If you would rather have your Form I-94 sent directly to you, select **Item Number 1.c.**

**1.c.** ☐ I request that USCIS send my notice containing Form I-94 to me at my U.S. mailing address.

### Signature of Client or Authorized Signatory for an Entity

**2.a.** Signature of Client or Authorized Signatory for an Entity
➡ [ ]

**2.b.** Date of Signature (mm/dd/yyyy) [ ]

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before DHS. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

**1. a.** Signature of Attorney or Accredited Representative
[ ]

**1.b.** Date of Signature (mm/dd/yyyy) [ ]

**2.a.** Signature of Law Student or Law Graduate
[ ]

**2.b.** Date of Signature (mm/dd/yyyy) [ ]

**Part 6.  Additional Information**

If you need extra space to provide any additional information within this form, use the space below.  If you need more space than what is provided, you may make copies of this page to complete and file with this form or attach a separate sheet of paper.  Type or print your name at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a** Family Name (Last Name) _____

**1.b.** Given Name (First Name) _____

**1.c.** Middle Name _____

**2.a.** Page Number   **2.b.** Part Number   **2.c.** Item Number

**2.d.** _____

**3.a.** Page Number   **3.b.** Part Number   **3.c.** Item Number

**3.d.** _____

**4.a.** Page Number   **4.b.** Part Number   **4.c.** Item Number

**4.d.** _____

**5.a.** Page Number   **5.b.** Part Number   **5.c.** Item Number

**5.d.** _____

**6.a.** Page Number   **6.b.** Part Number   **6.c.** Item Number

**6.d.** _____