**From:** Williams, Courtney (USACAC)
**To:** "Ayah Sarsour"
**Subject:** RE: Joseph Blandon-Saavedra - 5:25-mj-561 -- Unable to Visit Client at Adelanto
**Date:** Wednesday, September 24, 2025 11:19:55 AM

---

Hi Ayah,

Thank you for letting me know your position. This morning the grand jury returned a true bill to indict the defendant so there will not be a preliminary hearing.

But in reference to trial, I just want to be clear that I did reach out to ERO, and they are prepared to make the accommodations for you below. If that is not good enough, I completely understand that you need to do what is best for your client, I just wanted to be clear that the facility is open seven days a week and includes video calls. I wasn’t sure if that was clear from my last email, so I just wanted to restate that.

I apologize for any confusion, and I thank you for reaching out.

Regards,
Courtney

---

**From:** Ayah Sarsour <Ayah_Sarsour@fd.org>
**Sent:** Wednesday, September 24, 2025 11:06 AM
**To:** Williams, Courtney (USACAC) <Courtney.N.Williams@usdoj.gov>
**Subject:** [EXTERNAL] RE: Joseph Blandon-Saavedra - 5:25-mj-561 -- Unable to Visit Client at Adelanto

Hi Courtney,

Thank you for your response. In light of his placement at Adelanto and the current restrictions his immigration confinement imposes on our representation, we will be moving to dismiss the matter, as we are unable to effectively prepare for a preliminary hearing or trial under these circumstances.

Thank you,
Ayah Sarsour

FPD CDCA

**Ayah A. Sarsour**
**Deputy Federal Public Defender**
**Office of the Federal Public Defender**
**Central District of California**
3801 University Avenue, Suite 700 | Riverside, CA 92501
O: 951.276.6367 | F: 951.276.6368

**From:** Williams, Courtney (USACAC) <Courtney.N.Williams@usdoj.gov>
**Sent:** Tuesday, September 23, 2025 2:05 PM
**To:** Ayah Sarsour <Ayah_Sarsour@fd.org>
**Subject:** RE: Joseph Blandon-Saavedra - 5:25-mj-561 -- Unable to Visit Client at Adelanto

Hi Ayah,

We received a response from ERO about your client in this case. I think the issue was that your investigator went to the facility and not you. I think they are used to dealing with actual attorneys. But in any event, please see below.

***ATTORNEY INFORMATION:***

- **DIRECT ATTORNEY LINE:** (760) 561-6208
- **FACILITY DAYS AND HOURS OF OPERATION:** 7 days a week, Open 24hrs (including weekends & holidays).
- **APPOINTMENT DEPARTMENT DAYS AND HOURS:** Monday-Friday, 8:00am – 5:00pm (Closed on federal holidays).
- **SCHEDULING:** (Times and days you can schedule for).
  - **Legal Calls:** Open 7 days a week / 8:00AM - 4:00PM Pacific Time
  - **In Person Legal Visits:** can be scheduled to take place 7-days a week, any day (Disclaimer: May be delayed during count time).
    - **Adelanto EAST is not equipped for VAV and can only facilitate PHONE OR IN PERSON APPOINTMENTS**
- ALL appointments may be made up to **FOURTEEN (14) DAYS** in advance, not including the day of scheduling. Please have your client(s)' A number, no appointment will be made without it. Attorneys are not limited on how many appointments they can request in a day, if they have multiple clients. However, attorneys may only schedule **ONE** 60-minute appointment with each client in a single day. **BE SURE TO CONFIRM THE APPOINTMENT OR YOU WILL NOT BE SCHEDULED.**
- **COUNT TIME:** Between the hours of 10:00AM – 11:00AM and 5:00PM – 6:00PM, it is unavailable for scheduling **EVERYDAY.** If you schedule before count time begins, your appointment may proceed throughout count without interruption. Delayed count may cause delayed or rescheduled appointments.
- **WALK-INS:** Walk-ins are allowed at any time, EXCLUDING COUNT TIME, attorneys must have their bar card (physical card, copy, or photo) to show active status. Translators, legal assistants, law students and paralegals **MUST** receive clearance through ICE. Please note, coming during count time means you'll need to wait until it clears to see your client.

- ***<u>Same day appointments are NOT allowed.</u>***
- **<u>Appointments are first come, first serve.</u>**
- **<u>VIDEO APPOINTMENTS:</u>** Schedules and video links are always sent out the day before by 3:00PM, so please send your video link the day your appointment is confirmed to avoid delays or your appointment turning into a phone call.

Let me know if you have any questions.

Regards,

Courtney

---

**From:** Ayah Sarsour <Ayah_Sarsour@fd.org>
**Sent:** Tuesday, September 23, 2025 1:40 PM
**To:** Williams, Courtney (USACAC) <Courtney.N.Williams@usdoj.gov>
**Subject:** [EXTERNAL] Re: Joseph Blandon-Saavedra - 5:25-mj-561 -- Unable to Visit Client at Adelanto

Hi Courtney,

Thank you for your response. The concern is that neither I nor my office should have to navigate unnecessary obstacles to communicate with my client. Could you please request that Adelanto remove all restrictions and permit criminal defense attorneys and their staff to conduct legal visits whenever we determine it necessary?

Thank you,
Ayah Sarsour

FPD CDCA

**Ayah A. Sarsour**

**Deputy Federal Public Defender**

**Office of the Federal Public Defender**

**Central District of California**

3801 University Avenue, Suite 700 | Riverside, CA 92501

O: 951.276.6367 | F: 951.276.6368

---

**From:** Williams, Courtney (USACAC) <Courtney.N.Williams@usdoj.gov>
**Sent:** Tuesday, September 23, 2025 12:09 PM
**To:** Ayah Sarsour <Ayah_Sarsour@fd.org>
**Subject:** RE: Joseph Blandon-Saavedra - 5:25-mj-561 -- Unable to Visit Client at Adelanto

Good afternoon Ayah,

Thank you for reaching out. I have reached out to the agent and he has contacted ERO about this issue. I take your ability to communicate with your client very seriously and will obviously work with you and the facility to ensure that you can access your client.

How can I better assist you? Do you have the date(s) you plan to return to the facility? Maybe, I can give the administrators at the facility at heads up that you be coming so we can ensure you have access to your client.

Just let me know what I can do to help or what other AUSAs have done to assist in these situations.

Regards,
Courtney

**Courtney N. Williams** | **Assistant United States Attorney** | **Riverside Office**
United States Attorney's Office | Central District of California | Criminal Division
3403 Tenth Street, Suite 200 | Riverside, California 92501
Telephone: 951.368.1473 | Email: Courtney.N.Williams@usdoj.gov

---

**From:** Ayah Sarsour <Ayah_Sarsour@fd.org>
**Sent:** Monday, September 22, 2025 3:52 PM
**To:** Williams, Courtney (USACAC) <Courtney.N.Williams@usdoj.gov>
**Subject:** [EXTERNAL] Joseph Blandon-Saavedra - 5:25-mj-561 -- Unable to Visit Client at Adelanto

Good afternoon, Courtney,

I represent Mr. Joseph Blandon-Saavedra, who is currently detained in immigration custody at the Adelanto Detention Center, located at 10400 Rancho Rd., Adelanto, CA 92301. As you are aware, Mr. Blandon-Saavedra has been released on pretrial release; nonetheless, he remains in ICE custody.

On Thursday, September 18, 2025, one of our investigators traveled to Adelanto to visit Mr. Blandon-Saavedra. Upon arrival, she was informed by facility staff that only immigration attorneys are permitted to conduct legal visits. Federal Public Defenders and their staff, she was told, may only visit on general visiting days.

This policy presents a serious barrier to our ability to meet with our client, to communicate confidentially, and to provide effective legal representation, all of which are essential components of our obligations under the Fifth and Sixth Amendments.

Additionally, we brought documents requiring Mr. Blandon-Saavedra's signature. Our investigator was advised that the only way to get these documents signed would be to mail them to our client and that he would need funds on his books to pay for the return postage. This is both unreasonable and constitutionally problematic.

We were further advised that the only way to arrange for a confidential phone call is through the Attorney Line, for a one hour call, which offers very limited availability:

- Sundays at 8:30 a.m.
- Mondays at 1:30 p.m.
- Fridays at 1:30 p.m.

These restrictions (both in time and manner) substantially impair our ability to consult with our client in a timely and confidential manner. The cumulative impact of these policies makes it nearly impossible to fulfill our legal and constitutional responsibilities.

This is not an isolated issue, but rather part of a continuing pattern of obstruction. Because Mr. Blandon-Saavedra is held in a federal facility, we are asking that you and your office intervene and work with the facility to ensure that we can access our client for legal visits, deliver and retrieve legal documents without undue hardship, and maintain our client's right to effective assistance of counsel.

Please let us know as soon as possible how your office intends to proceed.

Thank you,

FPD CDCA

**Ayah A. Sarsour**
**Deputy Federal Public Defender**
**Office of the Federal Public Defender**
**Central District of California**
3801 University Avenue, Suite 700 | Riverside, CA 92501
O: 951.276.6367 | F: 951.276.6368