UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | EDCR25-310-KK-1 | Date | October 17, 2025 |

| | |
|---|---|
| Present: The Honorable | KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE |
| Spanish Interpreter | Patricia Bianchi |

| | | |
|---|---|---|
| Twyla Freeman | RS CS/Courtroom Three | Courtney N. Williams |
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| | | | | Chad Pennington, DFPD | √ | √ | |
| Joseph Blandon-Saavedra | √ | | √ | Ayah Sarsour, DFPD | √ | √ | |

**Proceedings:** **EXPEDITED MOTION FOR RELEASE FROM IMMIGRATION CUSTODY OR DISMISSAL OF THE INDICTMENT [23]**

**EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S EXPEDITED MOTION [30]**

The matters are called for hearing and counsel state their appearances.

The Court hears argument from counsel. For the reasons stated on the record, the Court grants the Government's Ex Parte Application for Extension of Time, Dkt. 30, and will consider the Government's untimely filing.

The Court hears argument from counsel on defendant Joseph Blandon-Saavedra's Expedited Motion for Release from Immigration Custody or Dismissal of the Indictment ("Motion"), Dkt. 23. After further consultation, the Court orders the parties to meet and confer regarding defense counsel's plans to meet with Mr. Blandon-Saavedra at the Adelanto ICE Facility, including any accompanying support staff, and any materials

relevant to review with Mr. Blandon-Saavedra. Further, defense counsel shall file supplemental briefing in support of the Motion, Dkt. 23.

1 : 02

Initials of Deputy Clerk tf

cc: POLA, USMED