# EXHIBIT A

**U.S. v. JOSEPH BLANDON-SAAVEDRA**
**ED CR 25-00310-KK**

**DEFENDANT'S SUPPLEMENT TO THE EXPEDITED MOTION FOR RELEASE FROM IMMIGRATION CUSTODY OR DISMISSAL OF THE INDICTMENT**

**From:** Isabel Rivera
**To:** Chad Pennington; Ayah Sarsour
**Cc:** Kimberly Lopez; Isabel Rivera
**Subject:** FW: Request for Interpreter Services
**Date:** Monday, October 20, 2025 8:18:00 AM

---

Thanks,

**Isabel Rivera**
Branch Administrator
**Office of the Federal Public Defender**
**Central District of California**
3801 University Avenue, Suite 700 | Riverside, CA 92501
D: 951.276.6011 | O: 951.276.6346 | F: 951.276.6368 | fpdcdca.org

---

**From:** Sharon Spence <la_charoncita@yahoo.com>
**Sent:** Friday, October 17, 2025 7:45 PM
**To:** Isabel Rivera <Isabel_Rivera@fd.org>
**Subject:** Re: Request for Interpreter Services

EXTERNAL SENDER

Good afternoon, Ms. Rivera,

Thank you for reaching out to me, but I am presently engaged in a trial in Federal Court that's scheduled to run through those dates and beyond.

Just FYI, I would not be able to accept the assignment in any event because I don't drive freeway, and I see that the commute would be approximately 3 hours each way of the 97+ miles to get to you.

I'll keep my fongers crossed for you to get the help you need to staff this event.

Warm reagards,

Sharón Spence

***Sharón Spence***
(323) 839-9958
la_charoncita@Yahoo.com
Federally Certified Spanish Interpreter/Translator
426 North Saint Andrews Place, Suite 3
Los Angeles, CA 90004
*Note: 24+ hour (24-hour working day, excluding Saturday, Sunday and holidays) notification of change or cancellation of session is needed, otherwise a full session fee (half or full day) will be charged*

On Friday, October 17, 2025 at 01:05:05 PM PDT, Isabel Rivera <isabel_rivera@fd.org> wrote:

Good afternoon, Ms. Spence.

Our office is looking for the assistance of a Spanish-speaking interpreter at the High Desert Detention Center in Adelanto, CA. We are requesting assistance for a half day from either time: 8:00am - 12:00pm, 12:00 pm - 4:00 pm, or 4:00pm - 8:00pm. We are available any day of the week beginning today, October 17, 2025, until Sunday, October 26, 2025. Our office pays round-trip mileage if it exceeds 30 miles one way. We do not pay for travel time.

Please let me know if you are available and thank you for your consideration.

FPD CDCA

**Isabel Rivera**

Branch Administrator

**Office of the Federal Public Defender**

**Central District of California**

3801 University Avenue, Suite 700 | Riverside, CA 92501

D: 951.276.6011 | O: 951.276.6346 | F: 951.276.6368 | fpdcdca.org

**From:** Chad Pennington
**To:** Kimberly Lopez
**Cc:** Ayah Sarsour
**Subject:** FW: Request for Interpreter Services
**Date:** Monday, October 20, 2025 7:29:36 AM

---

**From:** Isabel Rivera <Isabel_Rivera@fd.org>
**Sent:** Friday, October 17, 2025 2:43 PM
**To:** Chad Pennington <Chad_Pennington@fd.org>; Ayah Sarsour <Ayah_Sarsour@fd.org>
**Cc:** Isabel Rivera <Isabel_Rivera@fd.org>
**Subject:** FW: Request for Interpreter Services

Thanks,

FPD CDCA

**Isabel Rivera**
Branch Administrator
**Office of the Federal Public Defender**
**Central District of California**
3801 University Avenue, Suite 700 | Riverside, CA 92501
D: 951.276.6011 | O: 951.276.6346 | F: 951.276.6368 | fpdcdca.org

---

**From:** Isabel Rivera <Isabel_Rivera@fd.org>
**Sent:** Friday, October 17, 2025 12:58 PM
**To:** eleazar.carrasco@att.net
**Cc:** Isabel Rivera <Isabel_Rivera@fd.org>
**Subject:** Request for Interpreter Services

Good afternoon, Ms. Carrasco.

Our office is looking for the assistance of a Spanish-speaking interpreter at the High Desert Detention Center in Adelanto, CA. We are requesting assistance for a half day from either time: 8:00am - 12:00pm, 12:00 pm - 4:00 pm, or 4:00pm - 8:00pm. We are available any day of the week beginning today, October 17, 2025, until Sunday, October 26, 2025. Our office pays round-trip mileage if it exceeds 30 miles one way. We do not pay for travel time.

Please let me know if you are available and thank you for your consideration.

FPD CDCA

**Isabel Rivera**
Branch Administrator
**Office of the Federal Public Defender**
**Central District of California**
3801 University Avenue, Suite 700 | Riverside, CA 92501
D: 951.276.6011 | O: 951.276.6346 | F: 951.276.6368 | fpdcdca.org

**From:** Chad Pennington
**To:** Kimberly Lopez
**Cc:** Ayah Sarsour
**Subject:** FW: Request for Interpreter Services
**Date:** Monday, October 20, 2025 7:29:11 AM

---

**From:** Isabel Rivera <Isabel_Rivera@fd.org>
**Sent:** Friday, October 17, 2025 2:43 PM
**To:** Chad Pennington <Chad_Pennington@fd.org>; Ayah Sarsour <Ayah_Sarsour@fd.org>
**Cc:** Isabel Rivera <Isabel_Rivera@fd.org>
**Subject:** FW: Request for Interpreter Services

Thanks,

FPD CDCA

**Isabel Rivera**
Branch Administrator
**Office of the Federal Public Defender**
**Central District of California**
3801 University Avenue, Suite 700 | Riverside, CA 92501
D: 951.276.6011 | O: 951.276.6346 | F: 951.276.6368 | fpdcdca.org

---

**From:** Isabel Rivera <Isabel_Rivera@fd.org>
**Sent:** Friday, October 17, 2025 12:59 PM
**To:** gracehines1@gmail.com
**Cc:** Isabel Rivera <Isabel_Rivera@fd.org>
**Subject:** Request for Interpreter Services

Good afternoon, Ms. Hines.

Our office is looking for the assistance of a Spanish-speaking interpreter at the High Desert Detention Center in Adelanto, CA. We are requesting assistance for a half day from either time: 8:00am - 12:00pm, 12:00 pm - 4:00 pm, or 4:00pm - 8:00pm. We are available any day of the week beginning today, October 17, 2025, until Sunday, October 26, 2025. Our office pays round-trip mileage if it exceeds 30 miles one way. We do not pay for travel time.

Please let me know if you are available and thank you for your consideration.

FPD CDCA

Isabel Rivera
Branch Administrator
**Office of the Federal Public Defender**
**Central District of California**
3801 University Avenue, Suite 700 | Riverside, CA 92501
D: 951.276.6011 | O: 951.276.6346 | F: 951.276.6368 | fpdcdca.org

**From:** Chad Pennington
**To:** Kimberly Lopez
**Cc:** Ayah Sarsour
**Subject:** FW: Request for Interpreter Services
**Date:** Monday, October 20, 2025 7:27:30 AM

---

**From:** Isabel Rivera <Isabel_Rivera@fd.org>
**Sent:** Friday, October 17, 2025 2:41 PM
**To:** Chad Pennington <Chad_Pennington@fd.org>; Ayah Sarsour <Ayah_Sarsour@fd.org>
**Cc:** Isabel Rivera <Isabel_Rivera@fd.org>
**Subject:** FW: Request for Interpreter Services

Thanks,

FPD CDCA

**Isabel Rivera**
Branch Administrator
**Office of the Federal Public Defender**
**Central District of California**
3801 University Avenue, Suite 700 | Riverside, CA 92501
D: 951.276.6011 | O: 951.276.6346 | F: 951.276.6368 | fpdcdca.org

---

**From:** Isabel Rivera <Isabel_Rivera@fd.org>
**Sent:** Friday, October 17, 2025 1:06 PM
**To:** tkavelin@gmail.com
**Cc:** Isabel Rivera <Isabel_Rivera@fd.org>
**Subject:** Request for Interpreter Services

Good afternoon, Mr. Kavelin.

Our office is looking for the assistance of a Spanish-speaking interpreter at the High Desert Detention Center in Adelanto, CA. We are requesting assistance for a half day from either time: 8:00am - 12:00pm, 12:00 pm - 4:00 pm, or 4:00pm - 8:00pm. We are available any day of the week beginning today, October 17, 2025, until Sunday, October 26, 2025. Our office pays round-trip mileage if it exceeds 30 miles one way. We do not pay for travel time.

Please let me know if you are available and thank you for your consideration.

**Isabel Rivera**
Branch Administrator
**Office of the Federal Public Defender**
**Central District of California**
3801 University Avenue, Suite 700 | Riverside, CA 92501
D: 951.276.6011 | O: 951.276.6346 | F: 951.276.6368 | fpdcdca.org

**From:** Chad Pennington
**To:** Kimberly Lopez
**Cc:** Ayah Sarsour
**Subject:** FW: Request for Interpreter Assistance
**Date:** Monday, October 20, 2025 7:28:03 AM

---

**From:** Isabel Rivera <Isabel_Rivera@fd.org>
**Sent:** Friday, October 17, 2025 2:42 PM
**To:** Chad Pennington <Chad_Pennington@fd.org>; Ayah Sarsour <Ayah_Sarsour@fd.org>
**Cc:** Isabel Rivera <Isabel_Rivera@fd.org>
**Subject:** FW: Request for Interpreter Assistance

Thanks,

FPD CDCA

**Isabel Rivera**
Branch Administrator
**Office of the Federal Public Defender**
**Central District of California**
3801 University Avenue, Suite 700 | Riverside, CA 92501
D: 951.276.6011 | O: 951.276.6346 | F: 951.276.6368 | fpdcdca.org

---

**From:** Isabel Rivera <Isabel_Rivera@fd.org>
**Sent:** Friday, October 17, 2025 1:04 PM
**To:** pkrawiec@hotmail.com
**Cc:** Isabel Rivera <Isabel_Rivera@fd.org>
**Subject:** Request for Interpreter Assistance

Good afternoon, Ms. Krawiec.

Our office is looking for the assistance of a Spanish-speaking interpreter at the High Desert Detention Center in Adelanto, CA. We are requesting assistance for a half day from either time: 8:00am - 12:00pm, 12:00 pm - 4:00 pm, or 4:00pm - 8:00pm. We are available any day of the week beginning today, October 17, 2025, until Sunday, October 26, 2025. Our office pays round-trip mileage if it exceeds 30 miles one way. We do not pay for travel time.

Please let me know if you are available and thank you for your consideration.

FPD
CDCA

**Isabel Rivera**
Branch Administrator
**Office of the Federal Public Defender**
**Central District of California**
3801 University Avenue, Suite 700 | Riverside, CA 92501
D: 951.276.6011 | O: 951.276.6346 | F: 951.276.6368 | fpdcdca.org

**From:** Chad Pennington
**To:** Kimberly Lopez
**Cc:** Ayah Sarsour
**Subject:** FW: Request for Interpreter Services
**Date:** Monday, October 20, 2025 7:26:36 AM

---

**From:** Isabel Rivera <Isabel_Rivera@fd.org>
**Sent:** Friday, October 17, 2025 2:38 PM
**To:** Chad Pennington <Chad_Pennington@fd.org>; Ayah Sarsour <Ayah_Sarsour@fd.org>
**Cc:** Isabel Rivera <Isabel_Rivera@fd.org>
**Subject:** FW: Request for Interpreter Services

Thanks,

**Isabel Rivera**
Branch Administrator
**Office of the Federal Public Defender**
**Central District of California**
3801 University Avenue, Suite 700 | Riverside, CA 92501
D: 951.276.6011 | O: 951.276.6346 | F: 951.276.6368 | fpdcdca.org

---

**From:** GIULIANA MOLINARI <indeedinterpreting@gmail.com>
**Sent:** Friday, October 17, 2025 1:57 PM
**To:** Isabel Rivera <Isabel_Rivera@fd.org>
**Subject:** Re: Request for Interpreter Services

EXTERNAL SENDER

Thank you for contacting me but I'm already booked. For future reference, I don't travel that far for half day jobs.
Have a great weekend!

Giuliana Molinari
U.S. District and California Court Certified Spanish Language Interpreter
(714)588-4712

On Fri, Oct 17, 2025, 12:58 PM Isabel Rivera <Isabel_Rivera@fd.org> wrote:

> Good afternoon, Ms. Molinari.

Our office is looking for the assistance of a Spanish-speaking interpreter at the High Desert Detention Center in Adelanto, CA. We are requesting assistance for a half day from either time: 8:00am - 12:00pm, 12:00 pm - 4:00 pm, or 4:00pm - 8:00pm. We are available any day of the week beginning today, October 17, 2025, until Sunday, October 26, 2025. Our office pays round-trip mileage if it exceeds 30 miles one way. We do not pay for travel time.

Please let me know if you are available and thank you for your consideration.

FPD
CDCA

**Isabel Rivera**
Branch Administrator
**Office of the Federal Public Defender**
**Central District of California**
3801 University Avenue, Suite 700 | Riverside, CA 92501
D: 951.276.6011 | O: 951.276.6346 | F: 951.276.6368 | fpdcdca.org

**From:** Chad Pennington
**To:** Kimberly Lopez
**Cc:** Ayah Sarsour
**Subject:** FW: Request for Interpreter Services
**Date:** Monday, October 20, 2025 7:25:34 AM

---

**From:** Isabel Rivera <Isabel_Rivera@fd.org>
**Sent:** Friday, October 17, 2025 2:37 PM
**To:** Chad Pennington <Chad_Pennington@fd.org>; Ayah Sarsour <Ayah_Sarsour@fd.org>
**Cc:** Isabel Rivera <Isabel_Rivera@fd.org>
**Subject:** FW: Request for Interpreter Services

Thanks,

**Isabel Rivera**
Branch Administrator
**Office of the Federal Public Defender**
**Central District of California**
3801 University Avenue, Suite 700 | Riverside, CA 92501
D: 951.276.6011 | O: 951.276.6346 | F: 951.276.6368 | fpdcdca.org

---

**From:** Shannon Murphy <MurphyLanguageServices@msn.com>
**Sent:** Friday, October 17, 2025 2:06 PM
**To:** Isabel Rivera <Isabel_Rivera@fd.org>
**Subject:** RE: Request for Interpreter Services

Hi Isabel,

Thank you for getting in touch. Unfortunately, I cannot travel that far for mileage.

Thank you.

Shannon K. Murphy
Federally Certified Interpreter
Court Certified - California, Washington, Wisconsin
562.761.7037

Sent from my T-Mobile 5G Device

-------- Original message --------
From: Isabel Rivera <Isabel_Rivera@fd.org>
Date: 10/17/25 1:05 PM (GMT-08:00)
To: murphylanguageservices@msn.com
Cc: Isabel Rivera <Isabel_Rivera@fd.org>
Subject: Request for Interpreter Services

Good afternoon, Ms. Murphy.

Our office is looking for the assistance of a Spanish-speaking interpreter at the High Desert Detention Center in Adelanto, CA. We are requesting assistance for a half day from either time: 8:00am - 12:00pm, 12:00 pm - 4:00 pm, or 4:00pm - 8:00pm. We are available any day of the week beginning today, October 17, 2025, until Sunday, October 26, 2025. Our office pays round-trip mileage if it exceeds 30 miles one way. We do not pay for travel time.

Please let me know if you are available and thank you for your consideration.

FPD CDCA

**Isabel Rivera**
Branch Administrator
**Office of the Federal Public Defender**
**Central District of California**
3801 University Avenue, Suite 700 | Riverside, CA 92501
D: 951.276.6011 | O: 951.276.6346 | F: 951.276.6368 | fpdcdca.org

**From:** Chad Pennington
**To:** Kimberly Lopez
**Cc:** Ayah Sarsour
**Subject:** FW: Request for Interpreter Services
**Date:** Monday, October 20, 2025 7:28:18 AM

---

**From:** Isabel Rivera <Isabel_Rivera@fd.org>
**Sent:** Friday, October 17, 2025 2:42 PM
**To:** Chad Pennington <Chad_Pennington@fd.org>; Ayah Sarsour <Ayah_Sarsour@fd.org>
**Cc:** Isabel Rivera <Isabel_Rivera@fd.org>
**Subject:** FW: Request for Interpreter Services

Thanks,

FPD CDCA

**Isabel Rivera**
Branch Administrator
**Office of the Federal Public Defender**
**Central District of California**
3801 University Avenue, Suite 700 | Riverside, CA 92501
D: 951.276.6011 | O: 951.276.6346 | F: 951.276.6368 | fpdcdca.org

---

**From:** Isabel Rivera <Isabel_Rivera@fd.org>
**Sent:** Friday, October 17, 2025 1:03 PM
**To:** marinasol55@hotmail.com
**Cc:** Isabel Rivera <Isabel_Rivera@fd.org>
**Subject:** Request for Interpreter Services

Good afternoon, Ms. Ortiz.

Our office is looking for the assistance of a Spanish-speaking interpreter at the High Desert Detention Center in Adelanto, CA. We are requesting assistance for a half day from either time: 8:00am - 12:00pm, 12:00 pm - 4:00 pm, or 4:00pm - 8:00pm. We are available any day of the week beginning today, October 17, 2025, until Sunday, October 26, 2025. Our office pays round-trip mileage if it exceeds 30 miles one way. We do not pay for travel time.

Please let me know if you are available and thank you for your consideration.

**Isabel Rivera**
Branch Administrator
**Office of the Federal Public Defender**
**Central District of California**
3801 University Avenue, Suite 700 | Riverside, CA 92501
D: 951.276.6011 | O: 951.276.6346 | F: 951.276.6368 | fpdcdca.org

**From:** Chad Pennington
**To:** Kimberly Lopez
**Cc:** Ayah Sarsour
**Subject:** FW: Request for Interpreter Services
**Date:** Monday, October 20, 2025 7:27:42 AM

---

**From:** Isabel Rivera <Isabel_Rivera@fd.org>
**Sent:** Friday, October 17, 2025 2:41 PM
**To:** Chad Pennington <Chad_Pennington@fd.org>; Ayah Sarsour <Ayah_Sarsour@fd.org>
**Cc:** Isabel Rivera <Isabel_Rivera@fd.org>
**Subject:** FW: Request for Interpreter Services

Thanks,

FPD CDCA

Isabel Rivera
Branch Administrator
**Office of the Federal Public Defender**
**Central District of California**
3801 University Avenue, Suite 700 | Riverside, CA 92501
D: 951.276.6011 | O: 951.276.6346 | F: 951.276.6368 | fpdcdca.org

---

**From:** Isabel Rivera <Isabel_Rivera@fd.org>
**Sent:** Friday, October 17, 2025 1:06 PM
**To:** steph.penn@yahoo.com
**Cc:** Isabel Rivera <Isabel_Rivera@fd.org>
**Subject:** Request for Interpreter Services

Good afternoon, Ms. Penn.

Our office is looking for the assistance of a Spanish-speaking interpreter at the High Desert Detention Center in Adelanto, CA. We are requesting assistance for a half day from either time: 8:00am - 12:00pm, 12:00 pm - 4:00 pm, or 4:00pm - 8:00pm. We are available any day of the week beginning today, October 17, 2025, until Sunday, October 26, 2025. Our office pays round-trip mileage if it exceeds 30 miles one way. We do not pay for travel time.

Please let me know if you are available and thank you for your consideration.

FPD
CDCA

**Isabel Rivera**
Branch Administrator
**Office of the Federal Public Defender**
**Central District of California**
3801 University Avenue, Suite 700 | Riverside, CA 92501
D: 951.276.6011 | O: 951.276.6346 | F: 951.276.6368 | fpdcdca.org

**From:** Chad Pennington
**To:** Kimberly Lopez
**Cc:** Ayah Sarsour
**Subject:** FW: Request for Interpreter Services
**Date:** Monday, October 20, 2025 7:26:14 AM

---

**From:** Isabel Rivera <Isabel_Rivera@fd.org>
**Sent:** Friday, October 17, 2025 2:38 PM
**To:** Chad Pennington <Chad_Pennington@fd.org>; Ayah Sarsour <Ayah_Sarsour@fd.org>
**Cc:** Isabel Rivera <Isabel_Rivera@fd.org>
**Subject:** FW: Request for Interpreter Services

Thanks,

FPD CDCA

**Isabel Rivera**
Branch Administrator
**Office of the Federal Public Defender**
**Central District of California**
3801 University Avenue, Suite 700 | Riverside, CA 92501
D: 951.276.6011 | O: 951.276.6346 | F: 951.276.6368 | fpdcdca.org

---

**From:** Azucena Puerta-Diaz <azucenapuerta@gmail.com>
**Sent:** Friday, October 17, 2025 2:00 PM
**To:** Isabel Rivera <Isabel_Rivera@fd.org>
**Subject:** Re: Request for Interpreter Services

EXTERNAL SENDER

I apologize but Im working in Northern California until the end of the month

On Fri, Oct 17, 2025, 12:56 PM Isabel Rivera <Isabel_Rivera@fd.org> wrote:

> Good afternoon, Ms. Puerta-Diaz.
>
> Our office is looking for the assistance of a Spanish-speaking interpreter at the High Desert Detention Center in Adelanto, CA. We are requesting assistance for a half day from either time: 8:00am - 12:00pm, 12:00 pm - 4:00 pm, or 4:00pm - 8:00pm. We are available any day of the week beginning today, October 17, 2025, until Sunday, October 26, 2025. Our office pays round-trip mileage if it exceeds 30 miles one way. We do not pay for travel time.

Please let me know if you are available and thank you for your consideration.

FPD CDCA

**Isabel Rivera**
Branch Administrator
**Office of the Federal Public Defender**
**Central District of California**
3801 University Avenue, Suite 700 | Riverside, CA 92501
D: 951.276.6011 | O: 951.276.6346 | F: 951.276.6368 | fpdcdca.org

| | |
|---|---|
| **From:** | Chad Pennington |
| **To:** | Kimberly Lopez |
| **Cc:** | Ayah Sarsour |
| **Subject:** | FW: Request for Interpreter Services |
| **Date:** | Monday, October 20, 2025 7:27:15 AM |

---

**From:** Isabel Rivera <Isabel_Rivera@fd.org>
**Sent:** Friday, October 17, 2025 2:41 PM
**To:** Chad Pennington <Chad_Pennington@fd.org>; Ayah Sarsour <Ayah_Sarsour@fd.org>
**Cc:** Isabel Rivera <Isabel_Rivera@fd.org>
**Subject:** FW: Request for Interpreter Services

Thanks,

**Isabel Rivera**
Branch Administrator
**Office of the Federal Public Defender**
**Central District of California**
3801 University Avenue, Suite 700 | Riverside, CA 92501
D: 951.276.6011 | O: 951.276.6346 | F: 951.276.6368 | fpdcdca.org

---

**From:** Isabel Rivera <Isabel_Rivera@fd.org>
**Sent:** Friday, October 17, 2025 1:07 PM
**To:** esanc03@hotmail.com
**Cc:** Isabel Rivera <Isabel_Rivera@fd.org>
**Subject:** Request for Interpreter Services

Good afternoon, Ms. Sanchez.

Our office is looking for the assistance of a Spanish-speaking interpreter at the High Desert Detention Center in Adelanto, CA. We are requesting assistance for a half day from either time: 8:00am - 12:00pm, 12:00 pm - 4:00 pm, or 4:00pm - 8:00pm. We are available any day of the week beginning today, October 17, 2025, until Sunday, October 26, 2025. Our office pays round-trip mileage if it exceeds 30 miles one way. We do not pay for travel time.

Please let me know if you are available and thank you for your consideration.

**Isabel Rivera**
Branch Administrator
**Office of the Federal Public Defender**
**Central District of California**
3801 University Avenue, Suite 700 | Riverside, CA 92501
D: 951.276.6011 | O: 951.276.6346 | F: 951.276.6368 | fpdcdca.org

**From:** Chad Pennington
**To:** Kimberly Lopez
**Cc:** Ayah Sarsour
**Subject:** FW: Request for Interpreter Services
**Date:** Monday, October 20, 2025 7:27:03 AM

---

**From:** Isabel Rivera <Isabel_Rivera@fd.org>
**Sent:** Friday, October 17, 2025 2:38 PM
**To:** Chad Pennington <Chad_Pennington@fd.org>; Ayah Sarsour <Ayah_Sarsour@fd.org>
**Cc:** Isabel Rivera <Isabel_Rivera@fd.org>
**Subject:** FW: Request for Interpreter Services

Thanks,

FPD CDCA

**Isabel Rivera**
Branch Administrator
**Office of the Federal Public Defender**
**Central District of California**
3801 University Avenue, Suite 700 | Riverside, CA 92501
D: 951.276.6011 | O: 951.276.6346 | F: 951.276.6368 | fpdcdca.org

---

**From:** Alejandra Schulte <schulte.alejandra@gmail.com>
**Sent:** Friday, October 17, 2025 1:06 PM
**To:** Isabel Rivera <Isabel_Rivera@fd.org>
**Subject:** Re: Request for Interpreter Services

EXTERNAL SENDER

Sorry. Adelanto is too far for me

Alejandra L. Schulte
US District Courts & California Courts
Certified Court Interpreter, Spanish
Translator
schulte.alejandra@gmail.com
949 813-8908

On Fri, Oct 17, 2025 at 12:55 Isabel Rivera <Isabel_Rivera@fd.org> wrote:

> Good afternoon, Ms. Schulte.

Our office is looking for the assistance of a Spanish-speaking interpreter at the High Desert Detention Center in Adelanto, CA. We are requesting assistance for a half day from either time: 8:00am - 12:00pm, 12:00 pm - 4:00 pm, or 4:00pm - 8:00pm. We are available any day of the week beginning today, October 17, 2025, until Sunday, October 26, 2025. Our office pays round-trip mileage if it exceeds 30 miles one way. We do not pay for travel time.

Please let me know if you are available and thank you for your consideration.

FPD CDCA

**Isabel Rivera**
Branch Administrator
**Office of the Federal Public Defender**
**Central District of California**
3801 University Avenue, Suite 700 | Riverside, CA 92501
D: 951.276.6011 | O: 951.276.6346 | F: 951.276.6368 | fpdcdca.org

**From:** Chad Pennington
**To:** Kimberly Lopez
**Cc:** Ayah Sarsour
**Subject:** FW: Request for Interpreter Services
**Date:** Monday, October 20, 2025 7:29:48 AM

---

**From:** Isabel Rivera <Isabel_Rivera@fd.org>
**Sent:** Friday, October 17, 2025 2:43 PM
**To:** Chad Pennington <Chad_Pennington@fd.org>; Ayah Sarsour <Ayah_Sarsour@fd.org>
**Cc:** Isabel Rivera <Isabel_Rivera@fd.org>
**Subject:** FW: Request for Interpreter Services

Thanks,

FPD CDCA

**Isabel Rivera**
Branch Administrator
**Office of the Federal Public Defender**
**Central District of California**
3801 University Avenue, Suite 700 | Riverside, CA 92501
D: 951.276.6011 | O: 951.276.6346 | F: 951.276.6368 | fpdcdca.org

---

**From:** Isabel Rivera <Isabel_Rivera@fd.org>
**Sent:** Friday, October 17, 2025 12:56 PM
**To:** arielcarlostorrone@yahoo.com
**Cc:** Isabel Rivera <Isabel_Rivera@fd.org>
**Subject:** Request for Interpreter Services

Good afternoon, Ms. Torrone.

Our office is looking for the assistance of a Spanish-speaking interpreter at the High Desert Detention Center in Adelanto, CA. We are requesting assistance for a half day from either time: 8:00am - 12:00pm, 12:00 pm - 4:00 pm, or 4:00pm - 8:00pm. We are available any day of the week beginning today, October 17, 2025, until Sunday, October 26, 2025. Our office pays round-trip mileage if it exceeds 30 miles one way. We do not pay for travel time.

Please let me know if you are available and thank you for your consideration.

FPD
CDCA

Isabel Rivera
Branch Administrator
**Office of the Federal Public Defender**
**Central District of California**
3801 University Avenue, Suite 700 | Riverside, CA 92501
D: 951.276.6011 | O: 951.276.6346 | F: 951.276.6368 | fpdcdca.org

**From:** Chad Pennington
**To:** Ayah Sarsour
**Cc:** Kimberly Lopez
**Subject:** FW: Request for Interpreter Services
**Date:** Monday, October 20, 2025 7:25:19 AM

---

**From:** Isabel Rivera <Isabel_Rivera@fd.org>
**Sent:** Friday, October 17, 2025 2:37 PM
**To:** Chad Pennington <Chad_Pennington@fd.org>; Ayah Sarsour <Ayah_Sarsour@fd.org>
**Cc:** Isabel Rivera <Isabel_Rivera@fd.org>
**Subject:** FW: Request for Interpreter Services

Thanks,

FPD CDCA

**Isabel Rivera**
Branch Administrator
**Office of the Federal Public Defender**
**Central District of California**
3801 University Avenue, Suite 700 | Riverside, CA 92501
D: 951.276.6011 | O: 951.276.6346 | F: 951.276.6368 | fpdcdca.org

---

**From:** Virginia <virginia@losangelesinterpreter.com>
**Sent:** Friday, October 17, 2025 2:22 PM
**To:** Isabel Rivera <Isabel_Rivera@fd.org>
**Subject:** RE: Request for Interpreter Services

EXTERNAL SENDER

Hi Isabel,

I am not available for this assignment but thank you for thinking of me.

Virginia Wilson

-------- Original message --------
From: Isabel Rivera <Isabel_Rivera@fd.org>
Date: 10/17/25 1:06 PM (GMT-08:00)
To: virginia@losangelesinterpreter.com
Cc: Isabel Rivera <Isabel_Rivera@fd.org>
Subject: Request for Interpreter Services

Good afternoon, Ms. Wilson.

Our office is looking for the assistance of a Spanish-speaking interpreter at the High Desert Detention Center in Adelanto, CA. We are requesting assistance for a half day from either time: 8:00am - 12:00pm, 12:00 pm - 4:00 pm, or 4:00pm - 8:00pm. We are available any day of the week beginning today, October 17, 2025, until Sunday, October 26, 2025. Our office pays round-trip mileage if it exceeds 30 miles one way. We do not pay for travel time.

Please let me know if you are available and thank you for your consideration.

FPD CDCA

**Isabel Rivera**
Branch Administrator
**Office of the Federal Public Defender**
**Central District of California**
3801 University Avenue, Suite 700 | Riverside, CA 92501
D: 951.276.6011 | O: 951.276.6346 | F: 951.276.6368 | fpdcdca.org

**From:** Chad Pennington
**To:** Kimberly Lopez
**Cc:** Ayah Sarsour
**Subject:** FW: Request for Interpreter Services
**Date:** Monday, October 20, 2025 7:29:01 AM

---

**From:** Isabel Rivera <Isabel_Rivera@fd.org>
**Sent:** Friday, October 17, 2025 2:43 PM
**To:** Chad Pennington <Chad_Pennington@fd.org>; Ayah Sarsour <Ayah_Sarsour@fd.org>
**Cc:** Isabel Rivera <Isabel_Rivera@fd.org>
**Subject:** FW: Request for Interpreter Services

Thanks,

**Isabel Rivera**
Branch Administrator
**Office of the Federal Public Defender**
**Central District of California**
3801 University Avenue, Suite 700 | Riverside, CA 92501
D: 951.276.6011 | O: 951.276.6346 | F: 951.276.6368 | fpdcdca.org

---

**From:** Isabel Rivera <Isabel_Rivera@fd.org>
**Sent:** Friday, October 17, 2025 1:00 PM
**To:** juleneyanez@gmail.com
**Cc:** Isabel Rivera <Isabel_Rivera@fd.org>
**Subject:** Request for Interpreter Services

Good afternoon, Ms. Yanez.

Our office is looking for the assistance of a Spanish-speaking interpreter at the High Desert Detention Center in Adelanto, CA. We are requesting assistance for a half day from either time: 8:00am - 12:00pm, 12:00 pm - 4:00 pm, or 4:00pm - 8:00pm. We are available any day of the week beginning today, October 17, 2025, until Sunday, October 26, 2025. Our office pays round-trip mileage if it exceeds 30 miles one way. We do not pay for travel time.

Please let me know if you are available and thank you for your consideration.

FPD
CDCA

**Isabel Rivera**
Branch Administrator
**Office of the Federal Public Defender**
**Central District of California**
3801 University Avenue, Suite 700 | Riverside, CA 92501
D: 951.276.6011 | O: 951.276.6346 | F: 951.276.6368 | fpdcdca.org

**From:** Chad Pennington
**To:** Kimberly Lopez
**Cc:** Ayah Sarsour
**Subject:** FW: Request for Interpreter Services
**Date:** Monday, October 20, 2025 7:28:40 AM

---

**From:** Isabel Rivera <Isabel_Rivera@fd.org>
**Sent:** Friday, October 17, 2025 2:42 PM
**To:** Chad Pennington <Chad_Pennington@fd.org>; Ayah Sarsour <Ayah_Sarsour@fd.org>
**Cc:** Isabel Rivera <Isabel_Rivera@fd.org>
**Subject:** FW: Request for Interpreter Services

Thanks,

FPD CDCA

**Isabel Rivera**
Branch Administrator
**Office of the Federal Public Defender**
**Central District of California**
3801 University Avenue, Suite 700 | Riverside, CA 92501
D: 951.276.6011 | O: 951.276.6346 | F: 951.276.6368 | fpdcdca.org

---

**From:** Isabel Rivera <Isabel_Rivera@fd.org>
**Sent:** Friday, October 17, 2025 1:01 PM
**To:** katborghi@gmail.com
**Cc:** Isabel Rivera <Isabel_Rivera@fd.org>
**Subject:** Request for Interpreter Services

Good afternoon, Ms. Borghi.

Our office is looking for the assistance of a Spanish-speaking interpreter at the High Desert Detention Center in Adelanto, CA. We are requesting assistance for a half day from either time: 8:00am - 12:00pm, 12:00 pm - 4:00 pm, or 4:00pm - 8:00pm. We are available any day of the week beginning today, October 17, 2025, until Sunday, October 26, 2025. Our office pays round-trip mileage if it exceeds 30 miles one way. We do not pay for travel time.

Please let me know if you are available and thank you for your consideration.

FPD
CDCA

**Isabel Rivera**
Branch Administrator
**Office of the Federal Public Defender**
**Central District of California**
3801 University Avenue, Suite 700 | Riverside, CA 92501
D: 951.276.6011 | O: 951.276.6346 | F: 951.276.6368 | fpdcdca.org

**From:** Chad Pennington
**To:** Kimberly Lopez
**Cc:** Ayah Sarsour
**Subject:** FW: Request for Interpreter Services
**Date:** Monday, October 20, 2025 7:29:21 AM

---

**From:** Isabel Rivera <Isabel_Rivera@fd.org>
**Sent:** Friday, October 17, 2025 2:43 PM
**To:** Chad Pennington <Chad_Pennington@fd.org>; Ayah Sarsour <Ayah_Sarsour@fd.org>
**Cc:** Isabel Rivera <Isabel_Rivera@fd.org>
**Subject:** FW: Request for Interpreter Services

Thanks,

**Isabel Rivera**
Branch Administrator
**Office of the Federal Public Defender**
**Central District of California**
3801 University Avenue, Suite 700 | Riverside, CA 92501
D: 951.276.6011 | O: 951.276.6346 | F: 951.276.6368 | fpdcdca.org

---

**From:** Isabel Rivera <Isabel_Rivera@fd.org>
**Sent:** Friday, October 17, 2025 12:58 PM
**To:** estelamoll@gmail.com
**Cc:** Isabel Rivera <Isabel_Rivera@fd.org>
**Subject:** Request for Interpreter Services

Good afternoon, Ms. Moll.

Our office is looking for the assistance of a Spanish-speaking interpreter at the High Desert Detention Center in Adelanto, CA. We are requesting assistance for a half day from either time: 8:00am - 12:00pm, 12:00 pm - 4:00 pm, or 4:00pm - 8:00pm. We are available any day of the week beginning today, October 17, 2025, until Sunday, October 26, 2025. Our office pays round-trip mileage if it exceeds 30 miles one way. We do not pay for travel time.

Please let me know if you are available and thank you for your consideration.

FPD CDCA

Isabel Rivera
Branch Administrator
**Office of the Federal Public Defender**
**Central District of California**
3801 University Avenue, Suite 700 | Riverside, CA 92501
D: 951.276.6011 | O: 951.276.6346 | F: 951.276.6368 | fpdcdca.org

**From:** Chad Pennington
**To:** Kimberly Lopez
**Cc:** Ayah Sarsour
**Subject:** FW: Request for Interpreter Services
**Date:** Monday, October 20, 2025 7:28:27 AM

---

**From:** Isabel Rivera <Isabel_Rivera@fd.org>
**Sent:** Friday, October 17, 2025 2:42 PM
**To:** Chad Pennington <Chad_Pennington@fd.org>; Ayah Sarsour <Ayah_Sarsour@fd.org>
**Cc:** Isabel Rivera <Isabel_Rivera@fd.org>
**Subject:** FW: Request for Interpreter Services

Thanks

FPD CDCA

**Isabel Rivera**
Branch Administrator
**Office of the Federal Public Defender**
**Central District of California**
3801 University Avenue, Suite 700 | Riverside, CA 92501
D: 951.276.6011 | O: 951.276.6346 | F: 951.276.6368 | fpdcdca.org

---

**From:** Isabel Rivera <Isabel_Rivera@fd.org>
**Sent:** Friday, October 17, 2025 1:02 PM
**To:** riospanish@aol.com
**Cc:** Isabel Rivera <Isabel_Rivera@fd.org>
**Subject:** Request for Interpreter Services

Good afternoon, Ms. Rios.

Our office is looking for the assistance of a Spanish-speaking interpreter at the High Desert Detention Center in Adelanto, CA. We are requesting assistance for a half day from either time: 8:00am - 12:00pm, 12:00 pm - 4:00 pm, or 4:00pm - 8:00pm. We are available any day of the week beginning today, October 17, 2025, until Sunday, October 26, 2025. Our office pays round-trip mileage if it exceeds 30 miles one way. We do not pay for travel time.

Please let me know if you are available and thank you for your consideration.

FPD
CDCA

**Isabel Rivera**
Branch Administrator
**Office of the Federal Public Defender**
**Central District of California**
3801 University Avenue, Suite 700 | Riverside, CA 92501
D: 951.276.6011 | O: 951.276.6346 | F: 951.276.6368 | fpdcdca.org

**From:** Isabel Rivera
**To:** Chad Pennington; Ayah Sarsour
**Cc:** Kimberly Lopez; Isabel Rivera
**Subject:** FW: Request for Interpreter Services
**Date:** Monday, October 20, 2025 8:14:12 AM

Thanks,

**Isabel Rivera**
Branch Administrator
**Office of the Federal Public Defender**
**Central District of California**
3801 University Avenue, Suite 700 | Riverside, CA 92501
D: 951.276.6011 | O: 951.276.6346 | F: 951.276.6368 | fpdcdca.org

**From:** Julie Drucker <julieldrucker@gmail.com>
**Sent:** Sunday, October 19, 2025 7:22 PM
**To:** Isabel Rivera <Isabel_Rivera@fd.org>
**Subject:** Re: Request for Interpreter Services

EXTERNAL SENDER

Hi Isabel,

So sorry. I am not available.

Thank you!

Julie

On Fri, Oct 17, 2025 at 1:00 PM Isabel Rivera <Isabel_Rivera@fd.org> wrote:

> Good afternoon, Ms. Drucker.
>
> Our office is looking for the assistance of a Spanish-speaking interpreter at the High Desert Detention Center in Adelanto, CA. We are requesting assistance for a half day from either time: 8:00am - 12:00pm, 12:00 pm - 4:00 pm, or 4:00pm - 8:00pm. We are available any day of the week beginning today, October 17, 2025, until Sunday, October 26, 2025. Our office pays round-trip mileage if it exceeds 30 miles one way. We do not pay for travel time.
>
> Please let me know if you are available and thank you for your consideration.

**Isabel Rivera**
Branch Administrator
**Office of the Federal Public Defender**
**Central District of California**
3801 University Avenue, Suite 700 | Riverside, CA 92501
D: 951.276.6011 | O: 951.276.6346 | F: 951.276.6368 | fpdcdca.org