# EXHIBIT B

**U.S. v. JOSEPH BLANDON-SAAVEDRA**
**ED CR 25-00310-KK**

**DEFENDANT'S SUPPLEMENT TO THE EXPEDITED MOTION FOR RELEASE FROM IMMIGRATION CUSTODY OR DISMISSAL OF THE INDICTMENT**

**From:** ADE ERO Response, <ADEEROResponse@ice.dhs.gov>
**Sent:** Saturday, October 18, 2025 8:50 AM
**To:** Chad Pennington <Chad_Pennington@fd.org>
**Subject:** Adelanto Legal Visits

> You don't often get email from adeeroresponse@ice.dhs.gov. Learn why this is important

Good morning,

Just following up to our phone conversation.

For legal visits with the detainee in Adelanto you may come at any time. Staff at the front will ask for an ID and your state bar card to process your visit. The GEO contractors will allow your visit in a private attorney/client room as long as it does not interfere with institutional count times. You are allowed to bring in printed material for reference, notebooks, pad, pens, pencils. However, electronics are not allowed unless you have a specific court order stating the need for such electronic devices.

For interpreter services, as they do not have a state bar card, they will need prior clearance. We ask that we are notified three business days in advance of the interpreter services to allow proper clearance and notifications to be made. We require their full name, copy of an ID, and who they will see that day. We will run checks on the individual and provide you and the GEO staff notification of the approval.

If you have any further questions, you may use the below email address. You may address your inquiry to Deportation Officer Cervantes as he oversees your client's case and can conduct clearance checks if needed for interpreter services.

#APCERO000-500@ice.dhs.gov

Below is the information we provide the attorneys who come to Adelanto for client visitation.

***ATTORNEY INFORMATION:***

- **DIRECT ATTORNEY LINE:** (760) 561-6208
- **FACILITY DAYS AND HOURS OF OPERATION:** 7 days a week, Open 24hrs (including weekends & holidays).
- **APPOINTMENT DEPARTMENT DAYS AND HOURS:** Monday-Friday, 8:00am –

5:00pm (Closed on federal holidays).

- **SCHEDULING:** (Times and days you can schedule for).
  - **Legal Calls:** Open 7 days a week / 8:00AM - 4:00PM Pacific Time
  - **In Person Legal Visits:** can be scheduled to take place 7-days a week, any day (Disclaimer: May be delayed during count time).
    - **Adelanto EAST is not equipped for VAV and can only facilitate PHONE OR IN PERSON APPOINTMENTS**
- ALL appointments may be made up to **FOURTEEN (14) DAYS** in advance, not including the day of scheduling. Please have your client(s)' A number, no appointment will be made without it. Attorneys are not limited on how many appointments they can request in a day, if they have multiple clients. However, attorneys may only schedule **ONE** 60-minute appointment with each client in a single day. **BE SURE TO CONFIRM THE APPOINTMENT OR YOU WILL NOT BE SCHEDULED.**
- **COUNT TIME:** Between the hours of 10:00AM – 11:00AM and 5:00PM – 6:00PM, it is unavailable for scheduling **EVERYDAY.** If you schedule before count time begins, your appointment may proceed throughout count without interruption. Delayed count may cause delayed or rescheduled appointments.
- **WALK-INS:** Walk-ins are allowed at any time, EXCLUDING COUNT TIME, attorneys must have their bar card (physical card, copy, or photo) to show active status. Translators, legal assistants, law students and paralegals **MUST** receive clearance through ICE. Please note, coming during count time means you'll need to wait until it clears to see your client.
- ***Same day appointments are NOT allowed.***
- **Appointments are first come, first serve.**
- **VIDEO APPOINTMENTS:** Schedules and video links are always sent out the day before by 3:00PM, so please send your video link the day your appointment is confirmed to avoid delays or your appointment turning into a phone call.

Respectfully,

I.Palacios
(a)SDDO, Detained Docket
Los Angeles Field Office, Adelanto ICE Processing Center
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement

Warning: This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this report should be furnished to the media, either in written or verbal form.