**EXHIBIT C**

**U.S. v. JOSEPH BLANDON-SAAVEDRA**

**CASE NO. ED CR 25-00310-KK**

**MOTION TO DISMISS OR FOR ALTERNATIVE REMEDIES DUE TO SPOILATION OF THE EVIDENCE AND VIOLATION OF FED. R. CRIM. P. 16**

**From:** Williams, Courtney (USACAC)
**To:** Ayah Sarsour; Chad Pennington
**Subject:** RE: Inspection of Vehicles - United States v. Joseph Blandon-Saavedra, 25-310-KK
**Date:** Wednesday, October 29, 2025 4:30:38 PM

---

Hi Ayah,

I just got back from court. Thank you for reaching out.

In reference to the four cars, I can get the agent to bring four cars that's not a problem. I think the issue is we are looking at different pieces of evidence and counting the cars differently. If we can get on the phone, you can point me to what you are looking at and referencing and I can get the agent to bring those exact cars and that evidence to the lot for you to view. Any evidence you need to view, I can get him to provide it.

In reference to the car being fixed, well, there's nothing I can do about that.

So just to be clear, you do not want to view any cars tomorrow? If not that's fine. If so, can you send me a copy of your IDs so I can pass it along? Thank you!

Regards,
Courtney

---

**From:** Ayah Sarsour <Ayah_Sarsour@fd.org>
**Sent:** Wednesday, October 29, 2025 3:32 PM
**To:** Williams, Courtney (USACAC) <Courtney.N.Williams@usdoj.gov>; Chad Pennington <Chad_Pennington@fd.org>
**Subject:** [EXTERNAL] Re: Inspection of Vehicles - United States v. Joseph Blandon-Saavedra, 25-310-KK

Hi Courtney,

Given that four government vehicles were involved in the incident, that the government has disclosed the location of only two, and that one of the vehicles involved in the alleged collision (a physical item of evidence) has been materially altered and destroyed as a piece usable evidence that cannot be now inspected unaltered from the time of the incident, the defense will be moving to dismiss the Indictment with prejudice based on a Trombetta /Youngblood due process violation,  a violation of Rule 16 and the Court's criminal standing order, Section II. We believe the only appropriate remedy is dismissal with prejudice and the harm suffered by the defense based on loss of physical evidence cannot be cured.

Thank you,

Ayah Sarsour

**Ayah A. Sarsour**

**Deputy Federal Public Defender**

**Office of the Federal Public Defender**

**Central District of California**

3801 University Avenue, Suite 700 | Riverside, CA 92501

O: 951.276.6367 | F: 951.276.6368

---

**From:** Williams, Courtney (USACAC) <Courtney.N.Williams@usdoj.gov>
**Sent:** Tuesday, October 28, 2025 1:23 PM
**To:** Chad Pennington <Chad_Pennington@fd.org>; Ayah Sarsour <Ayah_Sarsour@fd.org>
**Subject:** RE: Inspection of Vehicles - United States v. Joseph Blandon-Saavedra, 25-310-KK

There was one HSI vehicle hit and one ERO vehicle that was hit. Then the defendant's vehicle was part of the crash. That's it.

The HSI vehicle and the ERO vehicle are located at 655 West Rialto Avenue, San Bernardino, 92410. The ERO building.

The HSI vehicle was repaired. They wrapped up the repairs on the vehicle yesterday.

---

**From:** Chad Pennington <Chad_Pennington@fd.org>
**Sent:** Tuesday, October 28, 2025 1:18 PM
**To:** Williams, Courtney (USACAC) <Courtney.N.Williams@usdoj.gov>; Ayah Sarsour <Ayah_Sarsour@fd.org>
**Subject:** [EXTERNAL] RE: Inspection of Vehicles - United States v. Joseph Blandon-Saavedra, 25-310-KK

Courtney,

- The defense's understanding is there were four vehicles involved in this incident, your response of "both" implies only two vehicles. Where are the four vehicles located? The

defense needs to inspect all vehicles.

- When were the repairs on the repaired vehicle completed?

Chad

---

**From:** Williams, Courtney (USACAC) <Courtney.N.Williams@usdoj.gov>
**Sent:** Tuesday, October 28, 2025 12:34 PM
**To:** Chad Pennington <Chad_Pennington@fd.org>; Ayah Sarsour <Ayah_Sarsour@fd.org>
**Subject:** RE: Inspection of Vehicles - United States v. Joseph Blandon-Saavedra, 25-310-KK

Good afternoon Mr. Pennington,

I apologize for the delay. I just returned from Court.

My agent said that the vehicles are located in San Bernardino. He said that you can visit them at 10:30 a.m. on Thursday at the earliest. I am waiting for the address of the location. The location does require that you send a copy of your driver's license before visiting.

Lastly, the agent said that one of the vehicles has been repaired. But you can look at both cars if you'd like.

Regards,
Courtney

---

**From:** Chad Pennington <Chad_Pennington@fd.org>
**Sent:** Tuesday, October 28, 2025 12:29 PM
**To:** Williams, Courtney (USACAC) <Courtney.N.Williams@usdoj.gov>; Ayah Sarsour <Ayah_Sarsour@fd.org>
**Subject:** [EXTERNAL] RE: Inspection of Vehicles - United States v. Joseph Blandon-Saavedra, 25-310-KK

Afternoon Courtney,

Please provide the status update (see below). This is a time sensitive matter, and the defense was expecting the government's answer by this morning. The defense requires the government's position to

determine whether to seek relief before the Court.

Thank you,
Chad

---

**From:** Williams, Courtney (USACAC) <Courtney.N.Williams@usdoj.gov>
**Sent:** Monday, October 27, 2025 10:27 AM
**To:** Ayah Sarsour <Ayah_Sarsour@fd.org>
**Cc:** Chad Pennington <Chad_Pennington@fd.org>
**Subject:** RE: Inspection of Vehicles - United States v. Joseph Blandon-Saavedra, 25-310-KK

Good morning Ayah,

I reached out to the agent, and he said he

needs to first find out where the vehicles are located. He is making some calls about it. I should have an answer to you no later than tomorrow morning.

Regards,
Courtney

**Courtney N. Williams | Assistant United States Attorney | Riverside Office**
United States Attorney's Office | Central District of California | Criminal Division
3403 Tenth Street, Suite 200 | Riverside, California 92501
Telephone: 951.368.1473 | Email: Courtney.N.Williams@usdoj.gov

---

**From:** Ayah Sarsour <Ayah_Sarsour@fd.org>
**Sent:** Monday, October 27, 2025 10:21 AM
**To:** Williams, Courtney (USACAC) <Courtney.N.Williams@usdoj.gov>
**Cc:** Chad Pennington <Chad_Pennington@fd.org>
**Subject:** [EXTERNAL] Inspection of Vehicles - United States v. Joseph Blandon-Saavedra, 25-310-KK

Good morning, Courtney,

Please let us know the dates and times **this week** when we may conduct an inspection of all vehicles present at the scene with our investigator.

We are available each day after 10:00 a.m.

Thank you,
Ayah Sarsour

FPD CDCA

**Ayah A. Sarsour**

**Deputy Federal Public Defender**

**Office of the Federal Public Defender**

**Central District of California**

3801 University Avenue, Suite 700 | Riverside, CA 92501

O: 951.276.6367 | F: 951.276.6368