# DECLARATION OF JULIUS GARCIA

I, Julius Garcia, do hereby declare and state as follows:

1. I am employed by the U.S. Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) as an HSI Special Agent. I have held this position since July 2011. I am currently assigned to the Assistant Special Agent in Charge Office in Riverside, California.

2. I make this declaration based on my personal knowledge as the investigating case agent in this matter. If called as a witness, I could and would competently testify thereto.

3. On September 4, 2025, I received a duty call to investigate a possible violation of 18 U.S.C. § 111 during an immigration enforcement operation where two government vehicles, one assigned to HSI Special Agent Tomaselli and one assigned to Enforcement and Removal Operations (ERO) Officer Perera, sustained damage. After receiving the call, I learned that a tow truck was already en route to the scene to tow the HSI vehicle back to the ERO Field Office in San Bernardino, California. I also know that the San Bernardino Police Department was called to the scene and filed a police report.

4. I arrived at the ERO Field Office in San Bernardino, California to, among other things, interview witnesses and collect the photographs HSI Special Agent Tomaselli took of the HSI vehicle and the defendant's vehicle immediately after the collision.

5. Later in the day, while still at the ERO Field Office, I also took photographs of the damage to the HSI vehicle, which sustained damage to the front passenger side of the vehicle. I also photographed the damage to the ERO vehicle, which was able to be driven from the scene to the ERO Field Office. I left the vehicle at the ERO Field Office.

6. I am in receipt of the Court's order dated October 31, 2025. I collected the documents ordered by the Court and made redactions to the documents. I emailed the redacted documents to Assistant United States Attorney Courtney Williams.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of November, 2025, at Riverside, California.

JULIUS J GARCIA JR Digitally signed by JULIUS J GARCIA JR Date: 2025.11.03 12:41:59 -08'00'

JULIUS GARCIA