# DECLARATION OF RAUL FLORES II

I, Raul Flores II, do hereby declare and state as follows:

1. I am employed by the U.S. Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) as the Administrative Officer for HSI Los Angeles. I have held this position since August 2023. My duties as the Administrative Officer include overseeing the management of the HSI Los Angeles fleet of government-owned vehicles (GOVs).

2. I make this declaration based on my personal knowledge. If called as a witness, I could and would competently testify thereto.

3. HSI Los Angeles has a limited inventory of GOVs, and as such, HSI has been repairing damaged GOVs as soon as possible for HSI law enforcement officers to utilize in the course of their law enforcement duties. HSI Los Angeles currently has 11 loaner GOVs for approximately 450 law enforcement officers across the area of responsibility. Due to the limited inventory, HSI Los Angeles has also been repairing GOVs that would have otherwise been deadlined.

4. The Mission Support Specialist who assisted with the vehicle repair process for the HSI vehicle involved in this case is unavailable due to the federal government shutdown. While I did not personally handle the process for repair of the HSI vehicle in this case, I am able to speak generally regarding the local processes and procedures relating to the repair of HSI GOVs.

5. By local policy, if a GOV is involved in an accident or collision, the HSI law enforcement officer must immediately, among other things, notify his or her supervisor and report the accident or collision to the local Police Department, Sheriff's Department, or Highway Patrol. Generally, the HSI law enforcement officer and his or her supervisor will obtain estimates for repair. A Mission Support Specialist may then

assist with taking the vehicle to the shop for repair, monitoring the status of the repair, and obtaining a loaner GOV, if one is available.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of November, 2025, at 501 W. Ocean Blvd., Long Beach, California.

RAUL FLORES II Digitally signed by RAUL FLORES II Date: 2025.11.03 12:03:22 -08'00'

RAUL FLORES II