# EXHIBIT 1

**From:** Cervantes Jr., Jose S
**To:** Tomaselli, Bradley S
**Subject:** FW: 22 SUBARU ASCENT
**Date:** Monday, September 15, 2025 11:13:21 AM
**Attachments:** 22 SUBARU ASCENT.pdf

---

Here is your second estimate

**Jose Cervantes**
**FLEET MANAGEMENT**
DHS | **Homeland Security Investigations**
HSI Los Angeles | [redacted]
Cell: [redacted] | ✉: [redacted]

---

**From:** Frank T <[redacted]>
**Sent:** Monday, September 15, 2025 11:04 AM
**To:** Cervantes Jr., Jose S [redacted]>
**Subject:** Fwd: 22 SUBARU ASCENT

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

2022 SUBA Ascent Premium

--
Frank T.
Prime Complete Auto Services
[redacted]
Email: [redacted]
Website: [redacted]
Website: [redacted]

**From:** Cervantes Jr., Jose S
**To:** Tomaselli, Bradley S; Spooner-Wyman, Micah D
**Subject:** FW: 2022 SUBARU ASCENT ESTIMATE
**Date:** Monday, September 15, 2025 2:24:04 PM
**Attachments:** 2022 subaru ASCENT ESTIMATE .pdf

---

Brad,

Here’s your 3rd estimate. Thanks

Jose Cervantes
Fleet Management
HSI Los Angeles
[redacted]

---

**From:** Frank T <[redacted]>
**Date:** Monday, Sep 15, 2025 at 2:14 PM
**To:** Cervantes Jr., Jose S <[redacted]>
**Subject:** 2022 SUBARU ASCENT ESTIMATE

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

--
Frank T.
Prime Complete Auto Services
[redacted]
Email: [redacted]
Website: [redacted]
Website: [redacted]

**From:** Cervantes Jr., Jose S
**To:** Tomaselli, Bradley S
**Subject:** FW: Fwd: Estimate for 2022 Subaru Ascent Premium
**Date:** Friday, September 12, 2025 3:08:14 PM
**Attachments:** Estimate for 2022 Subaru Ascent Premium.PDF

---

Brad,

Here's your estimate to use for your FCTW. Please submit immediately and get it approve. Thanks.

Jose Cervantes
Fleet Management
HSI Los Angeles
[redacted]

---

**From:** Frank T <[redacted]>
**Date:** Friday, Sep 12, 2025 at 2:50 PM
**To:** Cervantes Jr., Jose S <[redacted]>
**Subject:** Fwd: Estimate for 2022 Subaru Ascent Premium

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Estimate for 2022 Subaru Ascent Premium

---------- Forwarded message ---------
From: <[redacted]>
Date: Fri, Sep 12, 2025 at 2:47 PM
Subject: Estimate for 2022 Subaru Ascent Premium
To: <[redacted]>

Estimate for 2022 Subaru Ascent Premium

--
Frank T.
Prime Complete Auto Services
[redacted]

Email: [redacted]
Website: [redacted]
Website: [redacted]

**From:** Cervantes Jr., Jose S
**To:** Tomaselli, Bradley S
**Date:** Monday, September 15, 2025 3:23:44 PM
**Attachments:** HSI FY25 FCTW1502 Memo 04012025_09302025 S.pdf

---


**Jose Cervantes**
**FLEET MANAGEMENT**
**DHS** | **Homeland Security Investigations**
HSI Los Angeles | [redacted]
Cell: [redacted] | ✉: [redacted]

**From:** Cervantes Jr., Jose S
**To:** Tomaselli, Bradley S; Spooner-Wyman, Micah D
**Cc:** Wolcott, Christopher J
**Subject:** RE: Brad"s Repair Estimates
**Date:** Monday, September 15, 2025 3:29:28 PM
**Attachments:** image001.png

---

Thank you, Brad, for getting this done in such a short time. I approved this already, waiting for HQ's approval. Thank you again.

**Jose Cervantes**
**FLEET MANAGEMENT**
DHS | **Homeland Security Investigations**
HSI Los Angeles | [redacted]
Cell: [redacted] | ✉: [redacted]

---

**From:** Tomaselli, Bradley S <[redacted]>
**Sent:** Monday, September 15, 2025 3:28 PM
**To:** Cervantes Jr., Jose S <[redacted]>; Spooner-Wyman, Micah D <[redacted]>
**Cc:** Wolcott, Christopher J <[redacted]>
**Subject:** RE: Brad's Repair Estimates

Good afternoon,

FCTW has been submitted for approval with the first estimate. ASAC Bracken was selected as the AO. Please let me know if anything else is needed on my behalf.

v/r

**Brad Tomaselli**
Special Agent
Homeland Security Investigations
Riverside/San Bernardino, CA
Cell: [redacted]

---

**From:** Cervantes Jr., Jose S <[redacted]>
**Sent:** Monday, September 15, 2025 1:46 PM
**To:** Spooner-Wyman, Micah D <[redacted]>; Tomaselli, Bradley S <[redacted]>
**Cc:** Wolcott, Christopher J <[redacted]>
**Subject:** RE: Brad's Repair Estimates

Thank you sir! The deadline is tomorrow at noon. The goal is to have it completed COB today. Any questions please let me know.

Jose Cervantes
Fleet Management
HSI Los Angeles
[redacted]

---

**From:** Spooner-Wyman, Micah D <[redacted]>
**Date:** Monday, Sep 15, 2025 at 1:42 PM
**To:** Cervantes Jr., Jose S [redacted]>, Tomaselli, Bradley S
[redacted]
**Cc:** Wolcott, Christopher J <[redacted]>
**Subject:** Re: Brad's Repair Estimates

Ok, thanks for the update. I'm aware he's doing all he can to try to make it happen. If I can support in anyway just let me know.

***Micah Spooner-Wyman***
Supervisory Special Agent
Homeland Security Investigations
Riverside|San Bernardino|Palm Springs
[redacted]

---

**From:** Cervantes Jr., Jose S <[redacted]>
**Sent:** Monday, September 15, 2025 1:39:57 PM
**To:** Spooner-Wyman, Micah D <[redacted]>; Tomaselli, Bradley S
<[redacted]>
**Cc:** Wolcott, Christopher J <[redacted]>
**Subject:** RE: Brad's Repair Estimates

Hello Micah,

I sent 2 estimates so far to Brad, I just need the FCTW request submitted since HQ will need to approve it. They take long sometimes so we need it as soon as possible. Thanks.

**Jose Cervantes**
**FLEET MANAGEMENT**
DHS | **Homeland Security Investigations**
HSI Los Angeles | [redacted]
Cell: [redacted] | ✉: [redacted]

---

**From:** Spooner-Wyman, Micah D <[redacted]>
**Sent:** Monday, September 15, 2025 12:33 PM
**To:** Cervantes Jr., Jose S <[redacted]>; Tomaselli, Bradley S
<[redacted]>

**Cc:** Wolcott, Christopher J <[redacted]>
**Subject:** Brad's Repair Estimates

Hi Jose,

Thank you for helping us with Brad's vehicle situation. To give ourselves the best shot at getting his needed repairs over the hurdle before the money shuts off tomorrow are there any additional items still missing; additional estimates, etc?

Thanks,

***Micah Spooner-Wyman***
Supervisory Special Agent
Homeland Security Investigations
Riverside|San Bernardino|Palm Springs
[redacted]

**From:** Cervantes Jr., Jose S
**To:** Tomaselli, Bradley S
**Subject:** RE: Motor Vehicle Damage Repair Process
**Date:** Thursday, September 4, 2025 6:59:23 PM
**Attachments:** image001.png

---

Brad,

Have them go to where the vehicle is and see if we can get an estimate. Then let them know to call me so I can assist them with any questions. Thanks.

Jose Cervantes
Fleet Management
HSI Los Angeles
[redacted]

---

**From:** Tomaselli, Bradley S <[redacted]>
**Date:** Thursday, Sep 04, 2025 at 6:10 PM
**To:** Cervantes Jr., Jose S <[redacted]>
**Subject:** RE: Motor Vehicle Damage Repair Process

Jose,

I'm being told that the shop below has been used by Riverside agents:

Caliber Collisions
[redacted]

[redacted]

v/r

**Brad Tomaselli**
Special Agent
Homeland Security Investigations
Riverside/San Bernardino, CA
Cell: [redacted]

---

**From:** Cervantes Jr., Jose S <[redacted]>
**Sent:** Thursday, September 4, 2025 2:42 PM
**To:** Spooner-Wyman, Micah D <[redacted]>
**Cc:** Tomaselli, Bradley S <[redacted]>; Santistevan, Cindy L

<Cindy.L.Santistevan@hsi.dhs.gov>
**Subject:** RE: Motor Vehicle Damage Repair Process

Good afternoon,

Welcome to SACLA. Please let me know if the vehicle is ICE owned or GSA lease, this will determine the repair process. The driver will need to fill out the SF91 and if possible, get a police report as well. Report of Survey will need to be completed and all documents uploaded such as estimates and the SF91. Please reach out to Cindy Santistevan who is cc'd on this email with any questions regarding the ROS. Thank you.

**Jose Cervantes**
**FLEET MANAGEMENT**
DHS | **Homeland Security Investigations**
HSI Los Angeles | [redacted]
Cell: [redacted] | ✉: [redacted]

---

**From:** Spooner-Wyman, Micah D <[redacted]>
**Sent:** Thursday, September 4, 2025 2:30 PM
**To:** Cervantes Jr., Jose S <[redacted]>
**Cc:** Tomaselli, Bradley S <[redacted]>
**Subject:** Motor Vehicle Damage Repair Process

Jose –

I'm the new GS over the public safety group for HSI Riverside. I was referred to you by ASAC Bracken to obtain some GOV guidance.

One of our vehicles sustained damage during an arrest operation earlier this morning as a direct result of willful actions on the part of the arrest subject. I was wondering what the current procedure is for damage assessments/estimates, financial liability to this arrestee or his/her insurance company, and subsequent repair process recomendations.

Any information would be appreciated.

***Micah Spooner-Wyman***
Supervisory Special Agent
Homeland Security Investigations
Riverside|San Bernardino|Palm Springs
[redacted]

**From:** Santistevan, Cindy L
**To:** Soiza, Javier L; Flores II, Raul; Spooner-Wyman, Micah D
**Subject:** RE: Motor Vehicle Damage Repair Process
**Date:** Friday, September 5, 2025 8:28:35 AM

Good morning…
I sent the ROS guidance yesterday along with the SOP through the ROS mailbox.

**Cindy Santistevan**
*Mission Support Specialist*
*U.S. Department of Homeland Security*
*U.S. Immigration and Customs Enforcement*
*Homeland Security Investigations*
*Los Angeles, Asset Management*
*Cell:* [redacted]

Warning: This email and any attachments are UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this email should be furnished to the media, either in written or verbal form. If you are not an intended recipient or believe you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information. Please inform the sender that you received this message in error and delete the message from your system.

---

**From:** Soiza, Javier L <[redacted]>
**Sent:** Thursday, September 4, 2025 4:55 PM
**To:** Flores II, Raul <[redacted]>; Santistevan, Cindy L <[redacted]>; Spooner-Wyman, Micah D <[redacted]>
**Subject:** Re: Motor Vehicle Damage Repair Process

Added GS Spooner-Wyman to the email for his understanding. He is new to the office so please provide the necessary SOP so he can ensure the ROS is completed. Ty

Get Outlook for iOS

---

**From:** Flores II, Raul <[redacted]>
**Sent:** Thursday, September 4, 2025 4:50:52 PM
**To:** Santistevan, Cindy L <[redacted]>
**Cc:** Soiza, Javier L <[redacted]>
**Subject:** RE: Motor Vehicle Damage Repair Process

Hello Cindy,

It would be the same ROS process. In the ROS, Page 5, section vii., it refers to repair

estimates and how to address if ICE owned or GSA leased. Once the estimates are received then that could be added to any charges, if any, on the arrestee. Once it is determined whether the insurance company will accept liability or not we can determine on how to proceed to repair the vehicle.

You can send to Wandner for his opinion as well and if this should be handled any different given the circumstances.

**Raul Flores II**
**Administrative Officer**
DHS | **Homeland Security Investigations**
HSI Los Angeles | [redacted]
Cell: [redacted] | ✉: [redacted]

---

**From:** Santistevan, Cindy L <[redacted]>
**Sent:** Thursday, September 4, 2025 3:37 PM
**To:** Flores II, Raul <[redacted]>
**Subject:** FW: Motor Vehicle Damage Repair Process

Jose looped me in so I've sent the guidance.

What's the procedure for questions like this? Should I refer them to Wandner?

I was wondering what the current procedure is for damage assessments/estimates, financial liability to this arrestee or his/her insurance company

---

**From:** Spooner-Wyman, Micah D <[redacted]>
**Sent:** Thursday, September 4, 2025 2:30 PM
**To:** Cervantes Jr., Jose S [redacted]>
**Cc:** Tomaselli, Bradley S [redacted]>
**Subject:** Motor Vehicle Damage Repair Process

Jose –

I'm the new GS over the public safety group for HSI Riverside. I was referred to you by ASAC Bracken to obtain some GOV guidance.

One of our vehicles sustained damage during an arrest operation earlier this morning as a direct result of willful actions on the part of the arrest subject. I was wondering what the current procedure is for damage assessments/estimates, financial liability to this arrestee or his/her insurance company, and subsequent repair process recomendations.

Any information would be appreciated.

***Micah Spooner-Wyman***
Supervisory Special Agent

Homeland Security Investigations
Riverside|San Bernardino|Palm Springs
[redacted]