# EXHIBIT 2

DOWNTOWN LOS ANGELES

## BMW of Downtown Los Angeles CCRC

[redacted]

Phone: [redacted]

Workfile ID: 6e24ec98
State EPA: CAL 00038798
BAR: ARD 00274986

## Preliminary Estimate

**Customer: ICE DHS HOMELAND SECURITY**

Written By: MIKE GREGORIAN

| | | | | | |
|---|---|---|---|---|---|
| Insured: | ICE DHS HOMELAND SECURITY | Policy #: | | Claim #: | |
| Type of Loss: | | Date of Loss: | | Days to Repair: | 0 |
| Point of Impact: | | | | | |

**Owner:**
ICE DHS HOMELAND SECURITY
[redacted] Business

**Inspection Location:**
BMW of Downtown Los Angeles CCRC
[redacted]
Repair Facility
[redacted] Business

**Insurance Company:**

## VEHICLE

2022 SUBA Ascent Premium w/8-Passenger Seating 4D UTV 4-2.4L Turbocharged Gasoline Gasoline Direct Injection

| | | | | | |
|---|---|---|---|---|---|
| VIN: | 4S4WMACD5N3432913 | Interior Color: | Mileage In: | Vehicle Out: | |
| License: | BS53A24 | Exterior Color: | Mileage Out: | | |
| State: | CA | Production Date: | Condition: | Job #: | |

**TRANSMISSION**
Automatic Transmission
4 Wheel Drive
**POWER**
Power Steering
Power Brakes
Power Windows
Power Locks
Power Mirrors
Heated Mirrors
Power Driver Seat
**DECOR**
Dual Mirrors
Privacy Glass
Console/Storage
Overhead Console
**CONVENIENCE**
Air Conditioning
Intermittent Wipers
Tilt Wheel
Cruise Control
Rear Defogger
Keyless Entry
Alarm
Message Center
Steering Wheel Touch Controls
Rear Window Wiper
Telescopic Wheel
Climate Control
Dual Air Condition
Backup Camera
Remote Starter
Intelligent Cruise
**RADIO**
AM Radio
FM Radio
Stereo
Search/Seek
CD Player
Auxiliary Audio Connection
Satellite Radio
**SAFETY**
Drivers Side Air Bag
Passenger Air Bag
Anti-Lock Brakes (4)
4 Wheel Disc Brakes
Traction Control
Stability Control
Front Side Impact Air Bags
Head/Curtain Air Bags
Communications System
Hands Free Device
Xenon or L.E.D. Headlamps
Positraction
Blind Spot Detection
Lane Departure Warning
**SEATS**
Cloth Seats
Bucket Seats
Heated Seats
3rd Row Seat
**WHEELS**
Aluminum/Alloy Wheels
**PAINT**
Clear Coat Paint
**OTHER**
Rear Spoiler

**Customer: ICE DHS HOMELAND SECURITY**

2022 SUBA Ascent Premium w/8-Passenger Seating 4D UTV 4-2.4L Turbocharged Gasoline Gasoline Direct Injection

| Line | | | Oper | Description | Part Number | Qty | Extended Price $ | | Labor | | Paint |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **FRONT BUMPER & GRILLE** | | | | | | | | | | |
| 2 | | | | O/H front bumper | | | | | 2.1 | | |
| 3 | * | <> | Repl | Bumper cover | 57704XC00A | 1 | 725.00 | | Incl. | | 3.0 |
| 4 | | | | Add for Clear Coat | | | | | | | 1.2 |
| 5 | | | | Add for fog lamps | | | | | 0.3 | | |
| 6 | * | | Repl | RT Trim cover w/o Onyx w/o fog lamps | 57731XC00A | 1 | 120.00 | | Incl. | | |
| 7 | * | | Repl | RT Corner support | 57707XC00A | 1 | 65.00 | | 0.1 | | |
| 8 | | | Repl | RT Side retainer | 57707XC02A | 1 | 3.85 | | Incl. | | |
| 9 | | | R&I | Grille w/o front camera w/o Onyx | | | | | Incl. | | |
| 10 | **FRONT LAMPS** | | | | | | | | | | |
| 11 | | | R&I | RT R&I headlamp assy | | | | | 0.3 | | |
| 12 | **RADIATOR SUPPORT** | | | | | | | | | | |
| 13 | | | Repl | Sight shield | 91165XC00A | 1 | 42.10 | | 0.2 | | |
| 14 | * | | Rpr | RT Extension panel | | | | s | 0.5 | | 0.5 |
| 15 | | | | Overlap Minor Panel | | | | | | | -0.2 |
| 16 | | | | Add for Clear Coat | | | | | | | 0.1 |
| 17 | **HOOD** | | | | | | | | | | |
| 18 | * | | Blnd | Hood (ALU) | | | | | | | 3.0 |
| 19 | **FENDER** | | | | | | | | | | |
| 20 | * | | Repl | RT Fender | 57120XC00A9P | 1 | 475.00 | | 2.5 | | 2.2 |
| 21 | | | | Overlap Major Non-Adj. Panel | | | | | | | -0.2 |
| 22 | | | | Add for Clear Coat | | | | | | | 0.4 |
| 23 | | | | Add for Edging | | | | | | | 0.5 |
| 24 | | | | Add for Clear Coat | | | | | | | 0.1 |
| 25 | | | Repl | RT Fender liner | 59110XC00A | 1 | 114.38 | | Incl. | | |
| 26 | | | R&I | RT Fender ledge cvr | | | | | Incl. | | |
| 27 | | | R&I | RT Pillar molding w/o Onyx | | | | | Incl. | | |
| 28 | | | R&I | RT Lower molding | | | | | Incl. | | |
| 29 | * | | R&I | RT Wheel flare | | | | | Incl. | | |
| 30 | * | | Rpr | RT Upper frame | | | | s | 1.0 | | 0.5 |
| 31 | **ENGINE / TRANSAXLE** | | | | | | | | | | |
| 32 | | | R&I | R&I air cleaner body | | | | m | 0.8 | | |
| 33 | **FRONT SUSPENSION** | | | | | | | | | | |
| 34 | | | Repl | RT Knuckle to 03/08/2023 | 28313XC02B | 1 | 110.57 | m | 2.2 | M | |
| 35 | | | Repl | RT Strut | 20310XC02E | 1 | 205.18 | m | 1.8 | M | |
| 36 | | | | Deduct for Overlap | | | | | -0.5 | M | |
| 37 | | | Repl | RT Hub assy | 28373AN00D | 1 | 280.00 | m | Incl. | M | |
| 38 | | | Repl | RT Lower cntrl arm | 20202XC00A | 1 | 304.35 | m | 1.1 | M | |
| 39 | | | | Deduct for Overlap | | | | | -0.5 | M | |
| 40 | **STEERING GEAR & LINKAGE** | | | | | | | | | | |
| 41 | * | | Repl | Gear assy | 34110XC02E | 1 | 2,785.00 | m | 3.0 | M | |
| 42 | **VEHICLE DIAGNOSTICS** | | | | | | | | | | |

**Preliminary Estimate**

## Customer: ICE DHS HOMELAND SECURITY

2022 SUBA Ascent Premium w/8-Passenger Seating 4D UTV 4-2.4L Turbocharged Gasoline Gasoline Direct Injection

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 43 | * | Rpr | Pre-repair scan | | | m | 0.5 M | |
| 44 | * | Rpr | Post-repair scan | | | m | 0.5 M | |
| 45 | * | Subl | Calibrate front radar sensor | 1 | 300.00 | X m | | |
| 46 | * | Subl | Calibrate steering angle sensor | 1 | 200.00 | X m | | |
| 47 | **MISCELLANEOUS OPERATIONS** | | | | | | | |
| 48 | # | Repl | Flex additive | 1 | 5.00 | | | |
| 49 | # | | Color tint / color match | 1 | | | 0.5 | |
| 50 | # | Repl | Cover car | 1 | 10.00 | | 0.5 | |
| 51 | # | Repl | Corrosion protection primer | 1 | 10.00 | | | |
| 52 | # | Rpr | Color sand and buff | | | | 1.5 | |
| 53 | # | Subl | Hazardous waste removal | 1 | 5.00 | X | | |
| | | | **SUBTOTALS** | | **5,760.43** | | **18.4** | **11.1** |

## ESTIMATE TOTALS

| Category | Basis | | Rate | Cost $ |
|---|---|---|---|---|
| Parts | | | | 5,255.43 |
| Body Labor | 10.3 hrs | @ | $ 95.00 /hr | 978.50 |
| Paint Labor | 11.1 hrs | @ | $ 95.00 /hr | 1,054.50 |
| Mechanical Labor | 8.1 hrs | @ | $ 265.00 /hr | 2,146.50 |
| Paint Supplies | 11.1 hrs | @ | $ 62.00 /hr | 688.20 |
| Miscellaneous | | | | 505.00 |
| Subtotal | | | | 10,628.13 |
| Sales Tax | $ 5,943.63 | @ | 10.5000 % | 624.08 |
| **Grand Total** | | | | **11,252.21** |

**Customer: ICE DHS HOMELAND SECURITY**

2022 SUBA Ascent Premium w/8-Passenger Seating 4D UTV 4-2.4L Turbocharged Gasoline Gasoline Direct Injection

FOR YOUR PROTECTION CALIFORNIA LAW REQUIRES THE FOLLOWING TO APPEAR ON THIS FORM. ANY PERSON WHO KNOWINGLY PRESENTS FALSE OR FRAUDULENT INFORMATION TO OBTAIN OR AMEND INSURANCE COVERAGE OR TO MAKE A CLAIM FOR THE PAYMENT OF A LOSS IS GUILTY OF A CRIME AND MAY BE SUBJECT TO FINES AND CONFINEMENT IN STATE PRISON.

THE FOLLOWING IS A LIST OF ABBREVIATIONS OR SYMBOLS THAT MAY BE USED TO DESCRIBE WORK TO BE DONE OR PARTS TO BE REPAIRED OR REPLACED:

MOTOR ABBREVIATIONS/SYMBOLS: D=DISCONTINUED PART, A=APPROXIMATE PRICE. LABOR TYPES: B=BODY LABOR, D=DIAGNOSTIC, E=ELECTRICAL, F=FRAME, G=GLASS, M=MECHANICAL, P=PAINT LABOR, S=STRUCTURAL, T=TAXED MISCELLANEOUS, X=NON TAXED MISCELLANEOUS. CCC ONE: ADJ=ADJACENT, ALGN=ALIGN, A/M=AFTERMARKET, BLND=BLEND, CAPA=CERTIFIED AUTOMOTIVE PARTS ASSOCIATION, D&R=DISCONNECT AND RECONNECT, EST=ESTIMATE, EXT. PRICE=UNIT PRICE MULTIPLIED BY THE QUANTITY, INCL=INCLUDED, MISC=MISCELLANEOUS, NAGS=NATIONAL AUTO GLASS SPECIFICATIONS, NON-ADJ=NON ADJACENT, O/H=OVERHAUL, OP=OPERATION, NO=LINE NUMBER, QTY=QUANTITY, RECOND=RECONDITION, REFN=REFINISH, REPL=REPLACE, R&I=REMOVE AND INSTALL, R&R=REMOVE AND REPLACE, RPR=REPAIR, RT=RIGHT, SECT=SECTION, SUBL=SUBLET, LT=LEFT, W/O=WITHOUT, W/_=WITH/_ SYMBOLS: #=MANUAL LINE ENTRY, *=OTHER [IE..MOTORS DATABASE INFORMATION WAS CHANGED], **=DATABASE LINE WITH AFTERMARKET, N=NOTES ATTACHED TO LINE. OPT OEM=ORIGINAL EQUIPMENT MANUFACTURER PARTS EITHER OPTIONALLY SOURCED OR OTHERWISE PROVIDED WITH SOME UNIQUE PRICING OR DISCOUNT.

""CURE TIME"" MEANS THE LENGTH OF TIME THAT, PER THE ADHESIVE MANUFACTURER, THE WINDSHIELD ADHESIVE NEEDS TO CURE UNTIL THE WINDSHIELD CAN PROPERLY FUNCTION AS A SAFETY DEVICE PURSUANT TO THE FEDERAL MOTOR VEHICLE SAFETY STANDARDS AND THE VEHICLE MANUFACTURER'S SPECIFICATIONS.

**Customer: ICE DHS HOMELAND SECURITY**

2022 SUBA Ascent Premium w/8-Passenger Seating 4D UTV 4-2.4L Turbocharged Gasoline Gasoline Direct Injection

Estimate based on MOTOR CRASH ESTIMATING GUIDE and potentially other third party sources of data. Unless otherwise noted, (a) all items are derived from the Guide ARL7612, CCC Data Date 09/09/2025, and potentially other third party sources of data; and (b) the parts presented are OEM-parts. OEM parts are manufactured by or for the vehicle's Original Equipment Manufacturer (OEM) according to OEM's specifications for U.S. distribution. OEM parts are available at OE/Vehicle dealerships or the specified supplier. OPT OEM (Optional OEM) or ALT OEM (Alternative OEM) parts are OEM parts that may be provided by or through alternate sources other than the OEM vehicle dealerships with discounted pricing. Asterisk (*) or Double Asterisk (**) indicates that the parts and/or labor data provided by third party sources of data may have been modified or may have come from an alternate data source. Tilde sign (~) items indicate MOTOR Not-Included Labor operations. The symbol (<>) indicates the refinish operation WILL NOT be performed as a separate procedure from the other panels in the estimate. Non-Original Equipment Manufacturer aftermarket parts are described as Non OEM, A/M or NAGS. Used parts are described as LKQ, RCY, or USED. Reconditioned parts are described as Recond. Recored parts are described as Recore. NAGS Part Numbers and Benchmark Prices are provided by National Auto Glass Specifications. Labor operation times listed on the line with the NAGS information are MOTOR suggested labor operation times. NAGS labor operation times are not included. Pound sign (#) items indicate manual entries.

Some 2024 vehicles contain minor changes from the previous year. For those vehicles, prior to receiving updated data from the vehicle manufacturer, labor and parts data from the previous year may be used. The CCC ONE estimator has a list of applicable vehicles. Parts numbers and prices should be confirmed with the local dealership.

The following is a list of additional abbreviations or symbols that may be used to describe work to be done or parts to be repaired or replaced:

SYMBOLS FOLLOWING PART PRICE:
m=MOTOR Mechanical component. s=MOTOR Structural component. T=Miscellaneous Taxed charge category. X=Miscellaneous Non-Taxed charge category.

SYMBOLS FOLLOWING LABOR:
D=Diagnostic labor category. E=Electrical labor category. F=Frame labor category. G=Glass labor category. M=Mechanical labor category. S=Structural labor category. (numbers) 1 through 4=User Defined Labor Categories.

OTHER SYMBOLS AND ABBREVIATIONS:
Adj.=Adjacent. Algn.=Align. ALU=Aluminum. A/M=Aftermarket part. Blnd=Blend. BOR=Boron steel. CAPA=Certified Automotive Parts Association. CFC=Carbon Fiber.
D&R=Disconnect and Reconnect. HSS=High Strength Steel. HYD=Hydroformed Steel. Incl.=Included. LKQ=Like Kind and Quality. LT=Left. MAG=Magnesium. Non-Adj.=Non Adjacent. NSF=NSF International Certified Part. O/H=Overhaul. Qty=Quantity. Refn=Refinish. Repl=Replace. R&I=Remove and Install. R&R=Remove and Replace. Rpr=Repair. RT=Right. SAS=Sandwiched Steel. Sect=Section. STS=Stainless Steel. Subl=Sublet. UHS=Ultra High Strength Steel. N=Note(s) associated with the estimate line.

CCC ONE Estimating - A product of CCC Intelligent Solutions Inc.

The following is a list of abbreviations that may be used in CCC ONE Estimating that are not part of the MOTOR CRASH ESTIMATING GUIDE:
BAR=Bureau of Automotive Repair. EPA=Environmental Protection Agency. NHTSA= National Highway Transportation and Safety Administration. PDR=Paintless Dent Repair. VIN=Vehicle Identification Number.

# MYG COLLISION

[redacted]

Office: [redacted]

Estimate ID
24908053
Original

Owner
ICE DHS HOMELAND SECURITY
[redacted] (Work)

Appraiser
Michael

Classification
None

Loss Type
Unknown

Deductible
Unknown

## 2022 Subaru Ascent Premium 4 Door Utility 2.4L 4 Cyl Gas Injected Turbocharged Base AWD

VIN
[redacted]

Drivable
Unknown

Mitchell Service Code
912087

Options

| | | | | |
|---|---|---|---|---|
| Air Conditioning | All Wheel Drive | Alum/Alloy Wheels | AM-FM Stereo | Anti-Lock Brake Sys. (ABS) |
| Auto Air Condition | Automatic Headlights | Auxiliary Input | Bluetooth Wireless Connectivity | CD Player |
| Cloth Seat | Cruise Control | Daytime Running Lights | Driver-Front Air Bag | Dual A/C |
| Electric Defogger | Electronic Stability Control | First Row Bucket Seat | Front Heated Seats | HD Radio |
| Heated Mirror | Interior Automatic Day/Night Or Electrochromatic Mirror | Keyless Entry System | Leather Steering Wheel | Left-Curtain Air Bag |
| MP3 Player | Passenger-Front Air Bag | Power Door Locks | Power Driver Seat | Power Rear Liftgate |
| Power Remote Mirror | Power Steering | Power Windows | Privacy Glass | Rear Gate Wiper |
| Rear Heating, Ventilation & Air Conditioning | Rear Spoiler | Rearview Camera | Remote Decklid Or Tailgate Release | Remote Vehicle Starter System |
| Satellite Radio | Second Row Bucket Seat | Second Row Side Airbag With Head Protection | Side Airbags | Side Blind Zone Alert |
| Smart Key System | Steering Wheel Mounted Audio Control | Telematic Systems | Theft Deterrent Sys. | Third Row Seat |
| Tilt Steering Wheel | Tire Pressure Monitoring System | Traction Control/Electronic | Trip Computer | Universal Garage Door Opener |

## ICE DHS HOMELAND SECURITY | 2022 Subaru Ascent Premium

Parts Profile
N/A

Parts Profile Version
N/A

| Line # | | Description | LABOR Operation | Type | Total Units | CEG | PART Type | Number | Qty | Total Price | Tax |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Front Bumper | | | | | | | | | | | |
| 1 | AUTO | Frt Bumper Cover Assy | Overhaul | Body | 2.0# | 2.0 | Existing | | | | |
| 2 | 200907 | Frt Bumper Cover | Remove / Replace | Body | INC# | 2.0 | New | 57704XC00A | 1 | $725.00* | Yes |
| 3 | AUTO | Frt Bumper Cover | Refinish Only | Refinish | 2.8# C | 2.8 | | | | | |
| 4 | 200913 | R Frt Bumper Side Bracket | Remove / Replace | Body | INC# | 0.2 | New | 57707XC02A | 1 | $3.85 | Yes |


Copyright 1994-2025 Mitchell International, Inc.
All Rights Reserved

| | | | LABOR | | | | PART | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Line # | | Description | Operation | Type | Total Units | CEG | Type | Number | Qty | Total Price | Tax |
| 5 | 200915 | R Frt Bumper Bracket | Remove / Replace | Body | INC# | 0.2 | New | 57707XC00A | 1 | $65.00* | Yes |
| 6 | 200905 | Frt Upr Bumper Impact Absorber | Remove / Replace | Body | 0.2# | 0.2 | New | 57705XC00A | 1 | $120.00* | Yes |
| 7 | AUTO | Frt Bumper Cover | Remove / Install | Body | INC# | 1.0 | | | | | |
| Grille | | | | | | | | | | | |
| 8 | 200256 | Grille Assembly | Remove / Install | Body | INCr# | 0.3 | Existing | | | | |
| 9 | 200260 | Grille Bracket | Remove / Replace | Body | 0.3# | 0.3 | New | 91165XC00A | 1 | $42.10 | Yes |
| Front Lamps | | | | | | | | | | | |
| 10 | 200161 | R Front Combination Lamp | Remove / Install | Body | 0.5# | 0.5 | Existing | | | | |
| Hood | | | | | | | | | | | |
| 11 | 200005 | Hood Outside | Blend | Refinish | 1.2 C | 2.9 | Existing | | | | |
| Front Fender | | | | | | | | | | | |
| 12 | 200890 | R Fender Panel | Remove / Replace | Body | 1.4# | 1.4 | New | 57120XC00A 9P | 1 | $475.00* | Yes |
| 13 | AUTO | R Fender Outside | Refinish Only | Refinish | 2.0 C | 2.0 | | | | | |
| 14 | AUTO | R Add To Edge Fender | Refinish Only | Refinish | 0.5 C | 0.5 | | | | | |
| 15 | 200892 | R Fender Cover | Remove / Install | Body | INCr# | 0.1 | Existing | | | | |
| 16 | 200896 | R Fender Liner | Remove / Replace | Body | INC | 0.4 | New | 59110XC00A | 1 | $114.38 | Yes |
| 17 | 200719 | R Fender Rear Seal | Remove / Install | Body | 0.0r | 0.0 | Existing | | | | |
| 18 | 200173 | R Upr Fender Garnish | Remove / Install | Body | INC | 0.1 | Existing | | | | |
| 19 | 200177 | R Lwr Fender Moulding | Remove / Install | Body | INC | 0.2 | Existing | | | | |
| 20 | 200721 | R Fender Adhesive Wheel Opening Mldg | Remove / Replace | Body | 0.2# | 0.4 | New | 91112XC00B | 1 | $66.90 | Yes |
| Front Inner Structure | | | | | | | | | | | |
| 21 | 202466 | R Frt Body Upper Tie Bar -S | Repair | Body | 0.5* | 1.5 | Existing | | | | |
| 22 | AUTO | R Upper Tie Bar | Refinish Only | Refinish | 0.5 | 0.5 | Existing | | | | |
| 23 | 202769 | R Otr Frt Body Apron Reinf -S | Repair | Body | 0.5* | 3.5 | Existing | | | | |
| 24 | 900500 | Floor Pull | Remove / Replace | Frame* | 3.0* | 0.0 | New | | 1 | $0.00* | Yes |
| Front Suspension | | | | | | | | | | | |
| 25 | AUTO | R Frt Susp Components One Side -M | Overhaul | Mechanical | 4.2 | 4.2 | Existing | | | | |
| 26 | AUTO | Does Not include Alignment | | | | | | | | | |
| 27 | 201435 | R Frt Susp Hub Assy -M | Remove / Replace | Mechanical | INC# | 3.2 | New | 28373AN00D | 1 | $280.00 | Yes |
| 28 | 201441 | R Frt Susp Steering Knuckle -M | Remove / Replace | Mechanical | INC# | 3.2 | New | 28313XC02B | 1 | $110.57 | Yes |
| 29 | 202072 | R Frt Susp Strut -M | Remove / Replace | Mechanical | INC# | 2.0 | New | 20310XC02E | 1 | $205.18 | Yes |


Copyright 1994-2025 Mitchell International, Inc. All Rights Reserved

| | | | LABOR | | | PART | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Line # | | Description | Operation | Type | Total Units | CEG | Type | Number | Qty | Total Price | Tax |
| 30 | 201470 | R Lwr Frt Susp Control Arm Assy -M | Remove / Replace | Mechanical | INC# | 1.7 | New | 20202XC00A | 1 | $304.35 | Yes |
| **Front Steering Linkage / Gear** | | | | | | | | | | | |
| 31 | 202319 | Steering Gear Assembly - M | Remove / Replace | Mechanical | 3.0# | 3.0 | New | 34110XC02E | 1 | $2,785.00* | Yes |
| **Additional Costs & Materials** | | | | | | | | | | | |
| 32 | AUTO | Paint/Materials | Additional Cost | | | | | | | $489.50 | Yes |
| **Additional Operations** | | | | | | | | | | | |
| 33 | AUTO | Clear Coat | Additional Operation | Refinish | 1.9 | 0.0 | | | | $0.00 | |
| 34 | 931127 | Pre Repair Scan | Additional Operation | Mechanical | 0.5* | 0.0 | | | | $0.00 | |
| 35 | 931128 | Post Repair Scan | Additional Operation | Mechanical | 0.5* | 0.0 | | | | $0.00 | |
| 36 | 933044 | Calibrate Adaptive Cruise Control | Additional Operation | Mechanical | 0.0 | 0.0 | | | | $300.00* | |
| 37 | 933051 | Calibrate Steering Angle Sensor | Additional Operation | Mechanical | 0.0 | 0.0 | | | | $150.00* | |
| 38 | 933017 | Finish Sand And Buff | Additional Operation | Refinish | 2.3 | 0.0 | | | | $0.00 | |
| **Special / Manual Entry** | | | | | | | | | | | |
| 39 | 900500 | ~~Adhesion Promoter~~ | ~~Remove~~ / Replace | ~~Body*~~ | ~~1.0*~~ | ~~0.0~~ | ~~Aftermarket~~ New | ** QUAL REPL PART | 1 | ~~$10.00*~~ | Yes |
| 40 | 900500 | Restore Corrosion Protection | Additional Labor | Body* | 0.3* | 0.0 | Aftermarket New | ** QUAL REPL PART | 1 | $5.00* | Yes |
| 41 | 900500 | Flex Additive | Remove / Replace | Body* | 0.0* | 0.0 | New | New | 1 | $5.00* | Yes |
| 42 | 900500 | Color Match | Repair | Body* | 0.5* | 0.0 | Existing | | 1 | | |
| 43 | 900500 | MASK REPAIRED AREAS FOR PRIMER | Remove / Replace | Body* | 0.4* | 0.0 | New | New | 1 | $5.00* | Yes |

* Judgment Item
T Included in Two Tone Calculation
# Labor Note Applies
d Discontinued by Manufacturer
C Included in Clear Coat Calculation
A Included in Clear Coat and Two Tone Calculation
r CEG R&R Time Used for this Labor Operation
[ ] Verify the part number and price before ordering

## Estimate Totals

| Labor | Units | Rate | Sublet | Add'l Amount | Totals |
|---|---|---|---|---|---|
| Body Labor | 7.8 | $80.00 | | | $624.00 |
| Refinish Labor | 11.2 | $80.00 | | | $896.00 |
| Frame Labor | 3.0 | $190.00 | | | $570.00 |
| Mechanical Labor | 8.2 | $230.00 | | $450.00 | $2,336.00 |
| **Total Labor** | 30.2 | | | | $4,426.00 |
| | | | | Taxable | $4,426.00 |
| | | | | Tax 0.0000% | $0.00 |
| | | | | Non-Taxable | $0.00 |
| | | | | Pre-Tax Discount 0.00% | $0.00 |
| | | | | **Labor Total** | $4,426.00 |

| Parts | Amount | |
|---|---|---|
| Taxable Parts | $5,322.33 | $5,322.33 |


Copyright 1994-2025 Mitchell International, Inc.
All Rights Reserved

## Estimate Totals

| | |
|---|---|
| Parts Adjustments | $0.00 |
| Tax 0.0000% | $0.00 |
| Non-Taxable | $0.00 |
| Pre-Tax Discount 0.00% | $0.00 |
| **Parts Total** | **$5,322.33** |

| Costs | Amount | | |
|---|---|---|---|
| Paint Materials | $489.50 | | $489.50 |
| Shop Materials | $0.00 | | $0.00 |
| Other Additional Costs | $0.00 | | $0.00 |

Paint Materials:
- Refinish Units: 8.9 units
- Rate: $55.00
- Rate Max: 99.9 units
- Additional Rate: $0.00

| | |
|---|---|
| Taxable | $489.50 |
| Tax 0.0000% | $0.00 |
| Non-Taxable | $0.00 |
| Pre-Tax Discount 0.00% | $0.00 |
| **Costs Total** | **$489.50** |

| Gross Totals | Amount | |
|---|---|---|
| Gross Total | $10,237.83 | $10,237.83 |

| | |
|---|---|
| Taxable | $10,237.83 |
| Tax | $0.00 |
| Non-Taxable | $0.00 |
| Pre-Tax Discount 0.00% | $0.00 |
| **Gross Total** | **$10,237.83** |

| Adjustments | Amount | |
|---|---|---|
| **Total Customer Responsibility** | | $0.00 |

**Net Estimate Total** **$10,237.83**

### Estimate Event Log

| | |
|---|---|
| **Job Created** | 9/15/2025 10:57 AM |
| **Estimate Started** | 9/15/2025 10:57 AM |
| **Estimate Printed** | 9/15/2025 12:37 PM |
| **Estimate Committed** | Estimate Not Committed |
| **Estimate Retrieval ID** | 1007606963 |


Copyright 1994-2025 Mitchell International, Inc. All Rights Reserved

PRIME COMPLETE AUTO SERVI

[redacted]

09-16-2025 11:24

**SALE**

TRANS #: 2 BATCH #: 005

MASTERCARD MANUAL

************3055 **/**

**Base Amt: $8,943.93**

Resp: APPROVED 00

Code: 8ZKNMI

Ref #: 525918830216

TransId: 0916MCPO4FAR9

Cardholder acknowledges receipt of goods and obligations set forth by the cardholder's agreement with issuer.

By paying by cash you saved $268.32

Signature

**Customer Copy**

# PRIME COMPLETE AUTO SERVICES

[redacted]

Office: [redacted]

[redacted]

EPA: CAL000428054 Bar ID: ARD00028891 Tax ID: 821256164

Estimate ID
24881048
Original

Owner
ICE DHS HOMELAND SECURITY
[redacted] (Mobile)

Appraiser
Frank torres
[redacted]

Classification
None

Loss Type
Unknown

Deductible
Unknown

## 2022 Subaru Ascent Premium 4 Door Utility 2.4L 4 Cyl Gas Injected Turbocharged Base AWD

| License | VIN | Drivable | Mitchell Service Code |
|---|---|---|---|
| [redacted] | [redacted] | Unknown | 912087 |

Options

| | | | | |
|---|---|---|---|---|
| Air Conditioning | All Wheel Drive | Alum/Alloy Wheels | AM-FM Stereo | Anti-Lock Brake Sys. (ABS) |
| Auto Air Condition | Automatic Headlights | Auxiliary Input | Bluetooth Wireless Connectivity | CD Player |
| Cloth Seat | Cruise Control | Daytime Running Lights | Driver-Front Air Bag | Dual A/C |
| Electric Defogger | Electronic Stability Control | First Row Bucket Seat | Front Heated Seats | HD Radio |
| Heated Mirror | Keyless Entry System | Leather Steering Wheel | Left-Curtain Air Bag | MP3 Player |
| Passenger-Front Air Bag | Power Door Locks | Power Driver Seat | Power Remote Mirror | Power Steering |
| Power Windows | Privacy Glass | Rear Bench Seat | Rear Gate Wiper | Rear Heating, Ventilation & Air Conditioning |
| Rear Spoiler | Rearview Camera | Remote Vehicle Starter System | Satellite Radio | Second Row Side Airbag With Head Protection |
| Side Airbags | Side Blind Zone Alert | Steering Wheel Mounted Audio Control | Telematic Systems | Theft Deterrent Sys. |
| Third Row Seat | Tilt Steering Wheel | Tire Pressure Monitoring System | Traction Control/Electronic | Trip Computer |

## ICE DHS HOMELAND SECURITY | 2022 Subaru Ascent Premium

Parts Profile
Prime Auto Service Alternate Parts

Parts Profile Version
2.0

| | | | LABOR | | | | PART | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Line # | | Description | Operation | Type | Total Units | CEG | Type | Number | Qty | Total Price | Tax |
| Front Bumper | | | | | | | | | | | |
| 1 | 200262 | Frt Bumper Cover | Remove / Install | Body | 1.0# | 1.0 | Existing | | | | |
| 2 | 200263 | Frt Bumper Cover Assy | Overhaul | Body | 0.5*# | 2.0 | Existing | | | | |
| 3 | 200907 | Frt Bumper Cover | Remove / Replace | Body | 1.0*# | 2.0 | New | 57704XC00A | 1 | $725.00* | |
| 4 | AUTO | Frt Bumper Cover | Refinish Only | Refinish | 1.0*# C | 2.8 | | | | | |



Mitchell Cloud Estimating[TM]
Copyright 1994-2025 Mitchell International, Inc.
All Rights Reserved

| Line # | | Description | LABOR Operation | LABOR Type | LABOR Total Units | LABOR CEG | PART Type | PART Number | PART Qty | PART Total Price | PART Tax |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 900501 | Modified Refinish With Full Clear Coat | | | | | | | | | |
| 6 | 200910 | R Frt Bumper Opening Cover | Remove / Replace | Body | 0.2# | 0.2 | New | 57731XC00A | 1 | $120.00* | |
| 7 | 200913 | R Frt Bumper Side Bracket | Remove / Replace | Body | INC# | 0.2 | New | 57707XC02A | 1 | $3.85 | |
| 8 | 200915 | R Frt Bumper Bracket | Remove / Replace | Body | INC# | 0.2 | New | 57707XC00A | 1 | $65.00* | |
| Grille | | | | | | | | | | | |
| 9 | 200256 | Grille Assembly | Remove / Install | Body | 0.3r# | 0.3 | Existing | | | | |
| 10 | 200260 | Grille Bracket | Remove / Replace | Body | 0.3# | 0.3 | New | 91165XC00A | 1 | $42.10 | |
| Front Lamps | | | | | | | | | | | |
| 11 | 202183 | L Frt Combination Lamp Assembly | Repair | Body | 1.0*# | 0.5 | Existing | | | | |
| Hood | | | | | | | | | | | |
| 12 | 200005 | Hood Outside | Blend | Refinish | 1.0* C | 2.9 | Existing | | | | |
| Front Fender | | | | | | | | | | | |
| 13 | 200890 | R Fender Panel | Remove / Replace | Body | 1.4# | 1.4 | New | 57120XC00A 9P | 1 | $475.00* | |
| 14 | AUTO | R Front Combination Lamp | Remove / Install | Body | 0.5# | 0.5 | | | | | |
| 15 | AUTO | R Fender Outside | Refinish Only | Refinish | 1.0* C | 2.0 | | | | | |
| 16 | 900501 | Modified Refinish With Full Clear Coat | | | | | | | | | |
| 17 | AUTO | R Add To Edge Fender | Refinish Only | Refinish | 0.5 C | 0.5 | | | | | |
| 18 | 200896 | R Fender Liner | Remove / Replace | Body | INC | 0.4 | New | 59110XC00A | 1 | $114.38 | |
| 19 | 200173 | R Upr Fender Garnish | Remove / Install | Body | INC | 0.1 | Existing | | | | |
| 20 | 200177 | R Lwr Fender Moulding | Remove / Install | Body | INC | 0.2 | Existing | | | | |
| 21 | 200179 | R Fender Mudguard | Remove / Install | Body | 0.2 | 0.2 | Existing | | | | |
| Front Inner Structure | | | | | | | | | | | |
| 22 | 202785 | Frt Body Radiator Support -S | Repair | Body | 0.5*# | 6.8 | Existing | | | | |
| 23 | AUTO | Radiator Support Complete | Refinish Only | Refinish | 0.5* | 2.0 | Existing | | | | |
| 24 | 900501 | Modified Refinish | | | | | | | | | |
| 25 | 200766 | R Frt Body Side Rail Assy (Steel/Hss) -S | Repair | Body | 0.5*# | 9.5 | Existing | | | | |
| 26 | AUTO | R Lower Side Rail Complete | Refinish Only | Refinish | 1.0 | 1.0 | Existing | | | | |
| Front Suspension | | | | | | | | | | | |
| 27 | 201250 | R Frt Susp Components One Side -M | Overhaul | Mechanical | 1.0* | 4.2 | Existing | | | | |
| 28 | AUTO | Does Not Include Alignment | | | | | | | | | |
| 29 | 201441 | R Frt Susp Steering Knuckle -M | Remove / Replace | Mechanical | 1.0*# | 3.2 | New | 28313XC02B | 1 | $110.57 | |
| 30 | 202072 | R Frt Susp Strut -M | Remove / Replace | Mechanical | 1.0*# | 2.0 | New | 20310XC02E | 1 | $205.18 | |



Mitchell Cloud Estimating™
Copyright 1994-2025 Mitchell International, Inc.
All Rights Reserved

| Line # | | Description | LABOR Operation | Type | Total Units | CEG | PART Type | Number | Qty | Total Price | Tax |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 31 | 201470 | R Lwr Frt Susp Control Arm Assy -M | Remove / Replace | Mechanical | 1.7# | 1.7 | New | 20202XC00A | 1 | $304.35 | |
| **Front Steering Linkage / Gear** | | | | | | | | | | | |
| 32 | 202319 | Steering Gear Assembly - M | Remove / Replace | Mechanical | 1.0*# | 3.0 | New | 34110XC02E | 1 | $2,785.00* | |
| **Air Cleaner** | | | | | | | | | | | |
| 33 | 201557 | Upr Air Cleaner Cover | Remove / Install | Body | 0.1* | 0.2 | Existing | | | | |
| 34 | 201561 | Lwr Air Cleaner Cover | Remove / Install | Body | 0.0r | 0.0 | Existing | | | | |
| 35 | 201566 | Air Cleaner Duct | Remove / Install | Body | 0.0r | 0.0 | Existing | | | | |
| 36 | 200963 | Air Cleaner Hose | Remove / Install | Body | 0.0r | 0.0 | Existing | | | | |
| **Additional Costs & Materials** | | | | | | | | | | | |
| 37 | AUTO | Paint/Materials | Additional Cost | | | | | | | $1,485.00* | |
| 38 | AUTO | Hazardous Waste Disposal | Additional Cost | | | | | | | $5.00* | |
| 39 | 936014 | Flex Additive | Additional Cost | | | | | | | $10.00* | |
| 40 | 936016 | Weld Thru Primer | Additional Cost | | | | | | | $10.00* | |
| **Additional Operations** | | | | | | | | | | | |
| 41 | AUTO | Clear Coat | Additional Operation | Refinish | 1.0* | 0.0 | | | | $0.00 | |
| 42 | 933017 | Finish Sand And Buff | Additional Operation | Refinish | 1.5* | 0.0 | | | | $0.00 | |
| 43 | 931127 | Pre Repair Scan | Additional Operation | Mechanical | 0.0* | 0.0 | | | | $250.00* | |
| 44 | 931128 | Post Repair Scan | Additional Operation | Mechanical | 0.0* | 0.0 | | | | $250.00* | |
| 45 | 933003 | Tint Color | Additional Operation | Refinish | 0.3* | 0.0 | | | | $0.00 | |
| 46 | 933018 | Mask For Overspray | Additional Operation | Refinish | 0.0 | 0.0 | | | | $10.00* | |
| 47 | 933036 | Sheetmetal Pull | Additional Operation | Frame | 1.0* | 0.0 | | | | $0.00* | |
| 48 | 933044 | Calibrate Adaptive Cruise Control | Additional Operation | Mechanical | 0.0* | 0.0 | | | | $150.00* | |
| 49 | 933051 | Calibrate Steering Angle Sensor | Additional Operation | Mechanical | 0.0* | 0.0 | | | | $200.00* | |
| **Body Components** | | | | | | | | | | | |
| 50 | 931105 | Four Wheel Alignment | Align | Mechanical | 0.0 | 0.0 | Sublet | | | $125.00* | |
| **Special / Manual Entry** | | | | | | | | | | | |
| 51 | 900500 | D&R BATTERY | Additional Labor | Mechanical * | 0.3* | 0.0 | Existing | | 0 | | |
| 52 | 900500 | SET BACK WIRING AT REPAIRS FOR ACCESS | Additional Labor | Mechanical * | 1.0* | 0.0 | Existing | | 0 | | |

* Judgment Item
T Included in Two Tone Calculation
# Labor Note Applies
d Discontinued by Manufacturer
C Included in Clear Coat Calculation
A Included in Clear Coat and Two Tone Calculation
r CEG R&R Time Used for this Labor Operation
[ ] Verify the part number and price before ordering

## Estimate Totals

| Labor | Units | Rate | Sublet | Add'l Amount | Totals |
|---|---|---|---|---|---|


Mitchell Cloud Estimating™
Copyright 1994-2025 Mitchell International, Inc.
All Rights Reserved

## Estimate Totals

| | | | | | | |
|---|---|---|---|---|---|---|
| Body Labor | 7.5 | $65.00 | | | | $487.50 |
| Refinish Labor | 7.8 | $45.00 | | $10.00 | | $361.00 |
| Frame Labor | 1.0 | $100.00 | | | | $100.00 |
| Mechanical Labor | 7.0 | $80.00 | $125.00 | $850.00 | | $1,535.00 |
| **Total Labor** | 23.3 | | $125.00 | | | $2,483.50 |
| | | | | | Taxable | $0.00 |
| | | | | | Tax 0.0000% | $0.00 |
| | | | | | Non-Taxable | $2,483.50 |
| | | | | | Pre-Tax Discount 0.00% | $0.00 |
| | | | | | **Labor Total** | $2,483.50 |

| Parts | Amount | | |
|---|---|---|---|
| Taxable Parts | $0.00 | | $0.00 |
| | | Parts Adjustments | $0.00 |
| | | Tax 10.2500% | $0.00 |
| | | Non-Taxable | $4,950.43 |
| | | Pre-Tax Discount 0.00% | $0.00 |
| | | **Parts Total** | $4,950.43 |

| Costs | Amount | | |
|---|---|---|---|
| Paint Materials | $1,485.00 | | $1,485.00 |
| Shop Materials | $0.00 | | $0.00 |
| Other Additional Costs | $25.00 | | $25.00 |
| | | Taxable | $0.00 |
| | | Tax 10.2500% | $0.00 |
| | | Non-Taxable | $1,510.00 |
| | | Pre-Tax Discount 0.00% | $0.00 |
| | | **Costs Total** | $1,510.00 |

| Gross Totals | Amount | | |
|---|---|---|---|
| Gross Total | $8,943.93 | | $8,943.93 |
| | | Taxable | $0.00 |
| | | Tax | $0.00 |
| | | Non-Taxable | $8,943.93 |
| | | Pre-Tax Discount 0.00% | $0.00 |
| | | **Gross Total** | $8,943.93 |

| Adjustments | Amount | | |
|---|---|---|---|
| **Total Customer Responsibility** | | | $0.00 |

**Net Estimate Total** **$8,943.93**

Disclaimer: For your protection California law requires the following statement to appear on this form. Any person who knowingly presents false or fraudulent information to obtain or amend insurance coverage or to make a claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.


Copyright 1994-2025 Mitchell International, Inc.
All Rights Reserved

## Estimate Event Log

| | |
|---|---|
| **Job Created** | 9/11/2025 08:34 PM |
| **Estimate Started** | 9/11/2025 08:36 PM |
| **Estimate Printed** | 9/12/2025 02:46 PM |
| **Estimate Committed** | Estimate Not Committed |
| **Estimate Retrieval ID** | 1007581757 |


Copyright 1994-2025 Mitchell International, Inc.
All Rights Reserved

# PRIME COMPLETE AUTO SERVICES

[redacted]

Office: [redacted]

[redacted]

EPA: CAL000428054 Bar ID: ARD00028891 Tax ID: 821256164

Estimate ID
24881048
Original

Owner
ICE DHS HOMELAND SECURITY
[redacted]

Appraiser
Frank torres
[redacted]

Classification
None

Loss Type
Unknown

Deductible
Unknown

## 2022 Subaru Ascent Premium 4 Door Utility 2.4L 4 Cyl Gas Injected Turbocharged Base AWD

License
[redacted]

VIN
[redacted]

Drivable
Unknown

Mitchell Service Code
912087

Options

| | | | | |
|---|---|---|---|---|
| Air Conditioning | All Wheel Drive | Alum/Alloy Wheels | AM-FM Stereo | Anti-Lock Brake Sys. (ABS) |
| Auto Air Condition | Automatic Headlights | Auxiliary Input | Bluetooth Wireless Connectivity | CD Player |
| Cloth Seat | Cruise Control | Daytime Running Lights | Driver-Front Air Bag | Dual A/C |
| Electric Defogger | Electronic Stability Control | First Row Bucket Seat | Front Heated Seats | HD Radio |
| Heated Mirror | Keyless Entry System | Leather Steering Wheel | Left-Curtain Air Bag | MP3 Player |
| Passenger-Front Air Bag | Power Door Locks | Power Driver Seat | Power Remote Mirror | Power Steering |
| Power Windows | Privacy Glass | Rear Bench Seat | Rear Gate Wiper | Rear Heating, Ventilation & Air Conditioning |
| Rear Spoiler | Rearview Camera | Remote Vehicle Starter System | Satellite Radio | Second Row Side Airbag With Head Protection |
| Side Airbags | Side Blind Zone Alert | Steering Wheel Mounted Audio Control | Telematic Systems | Theft Deterrent Sys. |
| Third Row Seat | Tilt Steering Wheel | Tire Pressure Monitoring System | Traction Control/Electronic | Trip Computer |

## ICE DHS HOMELAND SECURITY | 2022 Subaru Ascent Premium

Parts Profile
Prime Auto Service Alternate Parts

Parts Profile Version
2.0

| Line # | | Description | LABOR Operation | LABOR Type | LABOR Total Units | LABOR CEG | PART Type | PART Number | PART Qty | PART Total Price | PART Tax |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Front Bumper | | | | | | | | | | | |
| 1 | 200262 | Frt Bumper Cover | Remove / Install | Body | 1.0# | 1.0 | Existing | | | | |
| 2 | 200263 | Frt Bumper Cover Assy | Overhaul | Body | 0.5*# | 2.0 | Existing | | | | |
| 3 | 200907 | Frt Bumper Cover | Remove / Replace | Body | 1.0*# | 2.0 | New | 57704XC00A | 1 | $725.00* | |
| 4 | AUTO | Frt Bumper Cover | Refinish Only | Refinish | 1.0*# C | 2.8 | | | | | |


Mitchell Cloud Estimating™
Copyright 1994-2025 Mitchell International, Inc.
All Rights Reserved

| | | | LABOR | | | | PART | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Line # | | Description | Operation | Type | Total Units | CEG | Type | Number | Qty | Total Price | Tax |
| 5 | 900501 | Modified Refinish With Full Clear Coat | | | | | | | | | |
| 6 | 200910 | R Frt Bumper Opening Cover | Remove / Replace | Body | 0.2# | 0.2 | New | 57731XC00A | 1 | $120.00* | |
| 7 | 200913 | R Frt Bumper Side Bracket | Remove / Replace | Body | INC# | 0.2 | New | 57707XC02A | 1 | $3.85 | |
| 8 | 200915 | R Frt Bumper Bracket | Remove / Replace | Body | INC# | 0.2 | New | 57707XC00A | 1 | $65.00* | |
| Grille | | | | | | | | | | | |
| 9 | 200256 | Grille Assembly | Remove / Install | Body | 0.3r# | 0.3 | Existing | | | | |
| 10 | 200260 | Grille Bracket | Remove / Replace | Body | 0.3# | 0.3 | New | 91165XC00A | 1 | $42.10 | |
| Front Lamps | | | | | | | | | | | |
| 11 | 202183 | L Frt Combination Lamp Assembly | Repair | Body | 1.0*# | 0.5 | Existing | | | | |
| Hood | | | | | | | | | | | |
| 12 | 200005 | Hood Outside | Blend | Refinish | 1.0* C | 2.9 | Existing | | | | |
| Front Fender | | | | | | | | | | | |
| 13 | 200890 | R Fender Panel | Remove / Replace | Body | 1.4# | 1.4 | New | 57120XC00A 9P | 1 | $475.00* | |
| 14 | AUTO | R Front Combination Lamp | Remove / Install | Body | 0.5# | 0.5 | | | | | |
| 15 | AUTO | R Fender Outside | Refinish Only | Refinish | 1.0* C | 2.0 | | | | | |
| 16 | 900501 | Modified Refinish With Full Clear Coat | | | | | | | | | |
| 17 | AUTO | R Add To Edge Fender | Refinish Only | Refinish | 0.5 C | 0.5 | | | | | |
| 18 | 200896 | R Fender Liner | Remove / Replace | Body | INC | 0.4 | New | 59110XC00A | 1 | $114.38 | |
| 19 | 200173 | R Upr Fender Garnish | Remove / Install | Body | INC | 0.1 | Existing | | | | |
| 20 | 200177 | R Lwr Fender Moulding | Remove / Install | Body | INC | 0.2 | Existing | | | | |
| 21 | 200179 | R Fender Mudguard | Remove / Install | Body | 0.2 | 0.2 | Existing | | | | |
| Front Inner Structure | | | | | | | | | | | |
| 22 | 202785 | Frt Body Radiator Support -S | Repair | Body | 0.5*# | 6.8 | Existing | | | | |
| 23 | AUTO | Radiator Support Complete | Refinish Only | Refinish | 0.5* | 2.0 | Existing | | | | |
| 24 | 900501 | Modified Refinish | | | | | | | | | |
| 25 | 200766 | R Frt Body Side Rail Assy (Steel/Hss) -S | Repair | Body | 0.5*# | 9.5 | Existing | | | | |
| 26 | AUTO | R Lower Side Rail Complete | Refinish Only | Refinish | 1.0 | 1.0 | Existing | | | | |
| Front Suspension | | | | | | | | | | | |
| 27 | 201250 | R Frt Susp Components One Side -M | Overhaul | Mechanical | 1.0* | 4.2 | Existing | | | | |
| 28 | AUTO | Does Not Include Alignment | | | | | | | | | |
| 29 | 201441 | R Frt Susp Steering Knuckle -M | Remove / Replace | Mechanical | 1.0*# | 3.2 | New | 28313XC02B | 1 | $110.57 | |
| 30 | 202072 | R Frt Susp Strut -M | Remove / Replace | Mechanical | 1.0*# | 2.0 | New | 20310XC02E | 1 | $205.18 | |


Copyright 1994-2025 Mitchell International, Inc.
All Rights Reserved

| Line # | | Description | LABOR Operation | LABOR Type | LABOR Total Units | LABOR CEG | PART Type | PART Number | PART Qty | PART Total Price | PART Tax |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 31 | 201470 | R Lwr Frt Susp Control Arm Assy -M | Remove / Replace | Mechanical | 1.7# | 1.7 | New | 20202XC00A | 1 | $304.35 | |
| **Front Steering Linkage / Gear** | | | | | | | | | | | |
| 32 | 202319 | Steering Gear Assembly - M | Remove / Replace | Mechanical | 1.0*# | 3.0 | New | 34110XC02E | 1 | $2,785.00* | |
| **Air Cleaner** | | | | | | | | | | | |
| 33 | 201557 | Upr Air Cleaner Cover | Remove / Install | Body | 0.1* | 0.2 | Existing | | | | |
| 34 | 201561 | Lwr Air Cleaner Cover | Remove / Install | Body | 0.0r | 0.0 | Existing | | | | |
| 35 | 201566 | Air Cleaner Duct | Remove / Install | Body | 0.0r | 0.0 | Existing | | | | |
| 36 | 200963 | Air Cleaner Hose | Remove / Install | Body | 0.0r | 0.0 | Existing | | | | |
| **Additional Costs & Materials** | | | | | | | | | | | |
| 37 | AUTO | Paint/Materials | Additional Cost | | | | | | | $1,485.00* | |
| 38 | AUTO | Hazardous Waste Disposal | Additional Cost | | | | | | | $5.00* | |
| 39 | 936014 | Flex Additive | Additional Cost | | | | | | | $10.00* | |
| 40 | 936016 | Weld Thru Primer | Additional Cost | | | | | | | $10.00* | |
| **Additional Operations** | | | | | | | | | | | |
| 41 | AUTO | Clear Coat | Additional Operation | Refinish | 1.0* | 0.0 | | | | $0.00 | |
| 42 | 933017 | Finish Sand And Buff | Additional Operation | Refinish | 1.5* | 0.0 | | | | $0.00 | |
| 43 | 931127 | Pre Repair Scan | Additional Operation | Mechanical | 0.0* | 0.0 | | | | $250.00* | |
| 44 | 931128 | Post Repair Scan | Additional Operation | Mechanical | 0.0* | 0.0 | | | | $250.00* | |
| 45 | 933003 | Tint Color | Additional Operation | Refinish | 0.3* | 0.0 | | | | $0.00 | |
| 46 | 933018 | Mask For Overspray | Additional Operation | Refinish | 0.0 | 0.0 | | | | $10.00* | |
| 47 | 933036 | Sheetmetal Pull | Additional Operation | Frame | 1.0* | 0.0 | | | | $0.00* | |
| 48 | 933044 | Calibrate Adaptive Cruise Control | Additional Operation | Mechanical | 0.0* | 0.0 | | | | $150.00* | |
| 49 | 933051 | Calibrate Steering Angle Sensor | Additional Operation | Mechanical | 0.0* | 0.0 | | | | $200.00* | |
| **Body Components** | | | | | | | | | | | |
| 50 | 931105 | Four Wheel Alignment | Align | Mechanical | 0.0 | 0.0 | Sublet | | | $125.00* | |
| **Special / Manual Entry** | | | | | | | | | | | |
| 51 | 900500 | D&R BATTERY | Additional Labor | Mechanical * | 0.3* | 0.0 | Existing | | 0 | | |
| 52 | 900500 | SET BACK WIRING AT REPAIRS FOR ACCESS | Additional Labor | Mechanical * | 1.0* | 0.0 | Existing | | 0 | | |

* Judgment Item
T Included in Two Tone Calculation
# Labor Note Applies
d Discontinued by Manufacturer
C Included in Clear Coat Calculation
A Included in Clear Coat and Two Tone Calculation
r CEG R&R Time Used for this Labor Operation
[ ] Verify the part number and price before ordering

## Estimate Totals

| Labor | Units | Rate | Sublet | Add'l Amount | Totals |
|---|---|---|---|---|---|


Copyright 1994-2025 Mitchell International, Inc.
All Rights Reserved

## Estimate Totals

| | | | | | | |
|---|---|---|---|---|---|---|
| Body Labor | 7.5 | $65.00 | | | | $487.50 |
| Refinish Labor | 7.8 | $45.00 | | $10.00 | | $361.00 |
| Frame Labor | 1.0 | $100.00 | | | | $100.00 |
| Mechanical Labor | 7.0 | $80.00 | $125.00 | $850.00 | | $1,535.00 |
| **Total Labor** | 23.3 | | $125.00 | | | $2,483.50 |
| | | | | | Taxable | $0.00 |
| | | | | | Tax 0.0000% | $0.00 |
| | | | | | Non-Taxable | $2,483.50 |
| | | | | | Pre-Tax Discount 0.00% | $0.00 |
| | | | | | **Labor Total** | $2,483.50 |

| Parts | Amount | | |
|---|---|---|---|
| Taxable Parts | $0.00 | | $0.00 |
| | | Parts Adjustments | $0.00 |
| | | Tax 10.2500% | $0.00 |
| | | Non-Taxable | $4,950.43 |
| | | Pre-Tax Discount 0.00% | $0.00 |
| | | **Parts Total** | $4,950.43 |

| Costs | Amount | | |
|---|---|---|---|
| Paint Materials | $1,485.00 | | $1,485.00 |
| Shop Materials | $0.00 | | $0.00 |
| Other Additional Costs | $25.00 | | $25.00 |
| | | Taxable | $0.00 |
| | | Tax 10.2500% | $0.00 |
| | | Non-Taxable | $1,510.00 |
| | | Pre-Tax Discount 0.00% | $0.00 |
| | | **Costs Total** | $1,510.00 |

| Gross Totals | Amount | | |
|---|---|---|---|
| Gross Total | $8,943.93 | | $8,943.93 |
| | | Taxable | $0.00 |
| | | Tax | $0.00 |
| | | Non-Taxable | $8,943.93 |
| | | Pre-Tax Discount 0.00% | $0.00 |
| | | **Gross Total** | $8,943.93 |

| Adjustments | Amount | | |
|---|---|---|---|
| **Total Customer Responsibility** | | | $0.00 |
| | | **Net Estimate Total** | $8,943.93 |

Disclaimer: For your protection California law requires the following statement to appear on this form. Any person who knowingly presents false or fraudulent information to obtain or amend insurance coverage or to make a claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.


Copyright 1994-2025 Mitchell International, Inc.
All Rights Reserved

## Estimate Event Log

| | |
|---|---|
| **Job Created** | 9/11/2025 08:34 PM |
| **Estimate Started** | 9/11/2025 08:36 PM |
| **Estimate Printed** | 9/12/2025 02:46 PM |
| **Estimate Committed** | Estimate Not Committed |
| **Estimate Retrieval ID** | 1007581757 |


Mitchell Cloud Estimating™
Copyright 1994-2025 Mitchell International, Inc.
All Rights Reserved

| Order number | Request Status |
| --- | --- |
| **059066** | **Request Completed** |

# FCTW 1502

## STATUS

ITEM_WARNING:

Next Status | CANCEL | Print Request | Unsubmit Request | Delete Request

Final Invoice Amount Origin 8943.93
Final Invoice Amount (USD) 8943.93

## LIMIT INCREASE INFORMATION

| | |
|---|---|
| Extension Start Date | 9/16/2025 |
| Extension End Date | 9/30/2025 |
| Extension Amount (USD) | 0 |

## EXTENSION REQUEST INFORMATION

| | |
|---|---|
| Extension Start Date | / / |
| Extension End Date | / / |

## REQUESTOR INFORMATION

| | |
|---|---|
| Select Requestor | BRADLEY S TOMASELLI |
| Program Office | HSI |
| Field Office | Los Angeles |
| Sub Office | Riverside/San Bernardino |

## VEHICLE AND CARD INFORMATION

| | | |
|---|---|---|
| Is this for a pool card request? | ☐ | |
| Asset Type | VEHICLE | |
| Select Vehicle | CS984287 | [redacted] |
| Vehicle Mileage | 44855 | |
| Does this Asset Type have a barcode? | ☑ | |
| Barcode or Serial number | | |
| Last Six | 027684 - WEX | |
| If 'OTHER', last 6 | | |

If you choose OTHER, then the Other Last 6 free-form field is mandatory.

## PURCHASE INFORMATION

| | | |
|---|---|---|
| Purchase Type | Other | |
| Purchase Category | Accident Vehicle Repair | |
| *Required Sources for:* | *Supplies* | *Services* |
| ABILITY ONE | ☐ | ☐ |
| Commercial | ☑ | ☑ |
| GSA/FSS | ☐ | ☐ |
| UNICOR | ☐ | ☐ |
| Inventories | ☐ | |
| DHS BPAs | ☐ | |
| Other | | ☐ |
| Detailed Justification for Purchase | This vehicle was damaged by a suspect of investigation during the course of an enforcement action. | |
| BPA Information | | |

## VENDOR INFORMATION

*If Vendor is not found when searching, enter the Name and Address information below to create a new record.*

Select Vendor

| | |
|---|---|
| Vendor | PRIME COMPLETE AUTO SERVICES |
| Delivery Address 1 | [redacted] |
| City, State, ZIP - **State Abbrv Can't Exceed 4** | [redacted] [redacted] [redacted] |

| | |
|---|---|
| **Characters** | |
| Country | **UNITED STATES** |

## SUPPORTING DOCUMENTATION

An ***Estimate Quote*** - **ALL QUOTES MUST HAVE VIN ON THEM**
This file needs to be in **Slot 1**. *Uploaded?*

A ***Funding Verification Memo*** is required or a Funds Verifier will need to approve this request.
This file needs to be in **Slot 2**. *Uploaded?*

A ***Final Invoice*** is required before the card user can sign off on this request.
This file needs to be in **Slot 3**. *Uploaded?*

Other supporting documents can be loaded into slots 4-12.

Estimate 1.pdf HSI FY25 FCTW1502 Memo 04012025_09302025 S.pdf



CS984287_Final_Invoice.png

## APPROVER INFORMATION

| | |
|---|---|
| Funds Verifier | |
| Approving Official | **CHRISTOPHER A BRACKEN** |
| Card Signer | **JOSE S CERVANTESJR** |

## ITEMIZATION DETAILS

COST_WARNING:

Please enter all required costs for this request. Currency conversions to USD will be calculated upon saving the FCTW 1502 request form.
If a currency is not selected, the currency will be defaulted to USD.
When changing the selected currency, please click Save and Recalculate to view the updated conversions in USD.

| | | | |
|---|---|---|---|
| Currency Code | **UNITED STATES USD** | | USD Cost Conversion |
| Labor Cost | **2483.50** | Labor Cost (USD) | **2483.500** |
| Parts Cost | **0.00** | Parts Cost (USD) | **0.000** |
| Service Cost | **4950.43** | Service Cost (USD) | **4950.430** |
| Other Cost | **1510.00** | Other Cost (USD) | **1510.000** |
| Total Cost Origin | **8943.93** | Total Cost (USD) | **8943.93** |

Save and Recalculate

| | Description | Quantity | Units | Value | Total cost $ | Currency code | Value (Original Currency) | Total Cost (Original Currency) |
|---|---|---|---|---|---|---|---|---|

## NOTES

## Security

### [OFFICE USE ONLY]

| | | | |
|---|---|---|---|
| Created by | BSTOMASE | Created Date | 9/15/2025 |
| Requestor User ID | BSTOMASE | Requestor ID | BSTOMASE |
| Vehicle Record Number | 28524 | Supplier | S00009151 |
| Vehicle ID2 | [redacted] | | |
| Funds Verifier User ID | | | |
| Approving Official User ID | CABRACKE | | |
| Signer User ID | JSCERVAN | | |
| Order number | 059066 | | |
| Submitted date | 9/15/2025 | | |
| Last Approver | MARLA CUFFY | Last Approver Date | 9/16/2025 |
| Funds Verifier Approve Date | 9/15/2025 | | |
| Current Actor | RFLORES | _VCO | |
| Current Actor Is FUNDS_FW | 0 | | |
| Currency Rate | 1.000 | | |
| Currency code | USD | | |
| DDATE_NOW_FW | 11/03/2025 | DDATE_NOW_PLUS_FW | 11/14/2025 |

| Status code | Created Date | Created time | Created by |
|---|---|---|---|
| APPROVE_CARD | 9/16/2025 | 21:56 | JSCERVAN |
| INIT_APPROVED | 9/16/2025 | 13:21 | MCUFFY |
| APPROVE_OAFM | 9/16/2025 | 13:20 | MCUFFY |
| APPROVE_OAQ | 9/16/2025 | 11:06 | DMWALTHE |
| APPROVE_AO | 9/15/2025 | 22:27 | JSCERVAN |
| SUBMITTED | 9/15/2025 | 22:25 | BSTOMASE |
| RAISED | 9/15/2025 | 22:10 | BSTOMASE |

*Office of the Chief Financial Officer*
**U.S. Department of Homeland Security**
[redacted]

U.S. Immigration and Customs Enforcement

March 19, 2025

MEMORANDUM

TO: Fleet Card User/ Requestor

FROM: [redacted] Digitally signed by [redacted] Date: 2025.03.28 15:51:31 -04'00'
(Funding Official Verifier)

SUBJECT: Notice of ICE FY25 Fleet Card Funding Verification FCTW Form 1502

REFERENCE: *Department of Homeland Security, Chapter 3: Financial Management and Accounting Section 3.2: Travel, Purchase, and Fleet Cards Part 3.2.3: Fleet Card Manual, and ICE Fleet Management Handbook, Chapter 7, Fleet Card*

This memorandum serves as funding verification for all ICE fleet card accounts during the utilization period of April 1st – September 30th of fiscal year 2025. This memo of funding verification is in reference to using the Fleet Card Transaction Worksheet (FCTW) 1502 Form. The 1502 form is required by the Department of Homeland Security, Bankcard Program.

The Department of Homeland Security, Chapter 3: Financial Management and Accounting Section 3.2: Travel, Purchase, and Fleet Cards, Part 3.2.3: Fleet Card Manual, and ICE Fleet Management Handbook, Chapter 7, requires a signature of approval from the funding official for funds verification of the fleet card account.

The below table provides FY25 FCARD document and obligation numbers in which funds are adequately applied and obligated to each ICE Program Office fleet card funding account line of the fiscal year of 2025.

| Program Office | Document Number | Obligation Number |
|---|---|---|
| HSI | [redacted] | [redacted] |

This memo must be used as supporting documentation regarding fleet card funding verification of funding official signature of approval for line #34, a required field on the FCTW 1502.

Under this legislation, ICE is permitted to sustain its mission operations at a level consistent with FY25 activities during the period of the Continuing Resolution (CR). 0F1

1 Programs are reminded to adhere to the governing provisions operating under a CR, including:

- **No New Starts –** Program offices cannot start new initiatives or activities under a CR • Examples of "new starts" include **setting** up a new field office; implementing a new investigative program; or purchasing equipment that has not previously been used.

- **Limit Discretionary Expenditures –** limit expenses to essential operational and programmatic requirements

If you have any questions or concerns, please contact ICE Fleet Card Organization Program Coordinators (COPC), [redacted] ([redacted]) or [redacted] ([redacted]).