# EXHIBIT 3




toyotasb.com
California
9BXW156
SAN BERNARDINO





California
9BXW156
dmv.ca.gov
(909) 884-9211




2
CA141835 • 1661 W. WALNUT ST. • SAN BERNARDINO, CA • (909) 884-9211
California
9BXW156


CA 141835 • 1661 W. WALNUT ST. • SAN BERNARDINO, CA • (909) 884-9211


CA141835 • 1661 W. WALNUT ST. • SAN BERNARDINO, CA • (909) 884-9211







