BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
PETER DAHLQUIST
Assistant United States Attorney
Chief, Riverside Office
COURTNEY N. WILLIAMS (Cal. Bar No. 339301)
Assistant United States Attorney
Riverside Office
3403 Tenth Street, Suite 200
Riverside, California 92501
Telephone: (951) 368-1473
Facsimile: (951) 276-6202
E-mail: Courtney.N.Williams@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH BLANDON-SAAVEDRA,<br><br>Defendant. | ED CR No. 25-310-KK<br><br><u>NOTICE THAT HOMELAND SECURITY INVESTIGATIONS WILL NOT TRANSPORT DEFENDANT ON NOVEMBER 19 & 20, 2025</u> |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorney Courtney N. Williams, hereby files its notice that Joseph Blandon-Saavedra ("defendant") will not be transported to the federal courthouse on November 19, 2025 and November 20, 2025.

On October 23, 2025, the Court ordered the government to transport the defendant to the United States Courthouse, 3470 Twelfth Street, Riverside, California 92501, each business day beginning on

Monday, October 27, 2025, and continuing until otherwise advised by the Court not to do so.

However, on November 18, 2025 and then again on November 19, 2025, defense counsel, Chad J. Pennington and Ayah Sarsour informed the United States Attorney's Office that Homeland Security Investigations ("HSI") does not need to transport defendant November 19, 2025 and November 20, 2025. HSI will resume transporting the defendant to Court on Friday November 21, 2025.

Dated: November 19, 2025

Respectfully submitted,

BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

PETER DAHLQUIST
Assistant United States Attorney
Chief, Riverside Office

/s/
COURTNEY N. WILLIAMS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA